1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTOFFER LEE (CABN 280360)
   NIKHIL BHAGAT (CABN 279892)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. CR-25-00126 CRB
                                         )
14 |     Plaintiff,                      ) UNITED STATES' APPLICATION TO UNSEAL
                                         ) INDICTMENT AND DOCKET AND [PROPOSED]
15 |  v.                                 ) ORDER
                                         )
16 | KENNETH W. MATTSON,                 )
                                         )
17 |     Defendant.                      )
                                         )
18 |_____)

19

20      The United States, through undersigned counsel, respectfully moves this Court to unseal the

21 Indictment, Arrest Warrant, and Docket in the above-captioned matter.  The grand jury returned an

22 indictment charging defendant Kenneth W. Mattson with violations of 18 U.S.C. § 1343, Wire Fraud, 18

23 U.S.C. § 1957, Engaging in Monetary Transactions in Property Derived from Specified Unlawful

24 Activity (Money Laundering), and 18 U.S.C. § 1519, Destruction/Alteration of Records in a Federal

25 Investigation.  The Indictment and Arrest Warrant provided for unsealing upon execution of the arrest

26 warrant or the defendant's appearance under Rule 5 of the Federal Rules of Criminal Procedure,

27 whichever occurs first.  The defendant has been arrested, and therefore it is no longer necessary for the

28 Indictment, Arrest Warrant, and Docket to be sealed.  Accordingly, the United States requests that the

INDICTMENT UNSEALING APP. AND [PROPOSED] ORDER                                                          1
CR-25-00126 CRB

1 | Indictment, Arrest Warrant, and Docket in CR-25-00126 CRB be unsealed.

2

3 | DATED: May 22, 2025                               Respectfully submitted,

4                                                    PATRICK D. ROBBINS
                                                     Acting United States Attorney
5
6                                                           /S/

7                                                    _____
                                                     NIKHIL BHAGAT
                                                     CHRISTOFFER LEE
8                                                    Assistant United States Attorneys

**~~[PROPOSED]~~ ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Indictment, Arrest Warrant, and Docket in CR-25-00126 CRB be unsealed.

IT IS SO ORDERED.

DATED:  May 22, 2205

_____
HONORABLE ALEX G. TSE
United States Magistrate Judge