PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NO. 3:25-CR-00126 CRB** |
| | ) |
|     Plaintiff, | ) **SUBMISSION OF VICTIM LETTERS** |
| | ) **RELATED TO GOVERNMENT MOTION FOR** |
|   v. | ) **DETENTION PENDING TRIAL AND MOTION** |
| | ) **TO CONTINUE DETENTION HEARING** |
| KENNETH W. MATTSON, | ) |
| | ) |
|     Defendant. | ) Date:  May 23, 2025 |
| | ) Time:  10:30 a.m. |
| | ) Court:  Hon. Alex G. Tse |
| | ) |

1    In advance of the May 23, 2025 initial appearance in the above-captioned matter, and in light of

2  the United States' pending motion for detention pending trial, the United States submits the attached

3  victim statements received since the unsealing of the indictment in this case on May 22, 2025.  *See*

4  Attachment A.  Consistent with the victims' right to be reasonably heard at any public proceeding in the

5  district court involving release, 18 U.S.C. § 3771(a)(4), the government submits the attached statements

6  for the Court's consideration.

7

8  DATED:  May 23, 2025                                      Respectfully submitted,

9                                                           PATRICK D. ROBBINS
                                                            Acting United States Attorney
10

11                                                          _____/s/_____
                                                            CHRISTOFFER LEE
12                                                          NIKHIL BHAGAT
                                                            Assistant United States Attorneys
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBMISSION OF VICTIM LTRS. RE DETENTION     2
3:25-CR-00126 CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# __Attachment A__

████████████████

The last two years have been a nightmare for ██████ and me.  In May 2023, I was diagnosed with stage IV metastatic cancer.  Less than one year later we learned that instead of having a very comfortable financial future we had lost more than 80% of our monthly income due to Ken Mattson's actions.  In addition, the stress involved with financial loss, ongoing cancer treatment and legal proceedings has been overwhelming.

Over the past almost twenty years we met with Ken several times a year at our kitchen table as well as having numerous phone conversations.  Eventually, he convinced us to invest almost all our money with him including our family inheritances and my dad's IRA.  We trusted Ken so completely we also referred our closest family and friends to him.  We now feel foolish, gullible and guilty but Ken is a very smooth talker.  The promised money came regularly until it suddenly stopped in the spring of 2024.

I was self employed for more than 35 years.  We always lived within our means and carefully saved money in IRAs for my retirement.  More than a decade ago Ken convinced me to transfer my two IRAs to his control.  I have never taken any money from those IRAs which are now potentially worthless.  Consequently, we are not experiencing the retirement for which we carefully planned for all those years.

While undergoing chemotherapy in the summer of 2023, we sold our two-family cabin near Lake Tahoe which we helped build and owned for almost 30 years.  Facilitated by Ken, each family did a 1031 exchange of the cabin.  Ken knew how sick I was with a very guarded prognosis, and yet he cheated both families out of the proceeds from the sale.

Perhaps the most painful event we have experienced involves the beach house purchased in 1939 by ██████'s grandfather.  This has been a special meeting place for five generations of our extended family.  Because of Ken's actions, in June of 2024, the house was headed for foreclosure.  Consequently, we were forced to quickly sell the house at $2 million below market value.  This caused a major rift in our small family which is only partially beginning to heal almost a year later.

We are extremely thankful for all the agencies who have been part of this investigation resulting in this indictment. The damage Ken has done to us can never be fully rectified.  However, our hope is that justice will be served and Ken will be held accountable for the heartache and loss he has perpetrated on us and so many others.

1

█████████

My husband is 78 and I am 73. Ken assured us that all of our retirement money and almost all of our savings were safe in the investments that we had entrusted to him for many years. We refinanced our house under his supervision. Ken assured us that the monthly investment income we received from him would pay for our long-term care when we needed it. He counseled us not to pre-pay our funeral expenses because those would be taken out of the large inheritance our kids would receive. We have always been very frugal with our money, but he has put us in a desperate situation of not being able to pay a house payment and monthly bills with our Social Security and small Veterans stipend. I have been retired for eight years but now I am wondering what kind of a job I can get to stay afloat. My husband has been in construction all his life and his body is not capable of getting a job at this point.

2

███████████

From: ████████████████████████████

To: Judge Tse re Ken Mattson

Dear Judge Tse, I wanted to let you know how devastating this fraud by Ken Mattson, KSMP and Lefever Mattson (LM) has been, not only to my husband and I who are now in our 70's, but also to our family. It's not just about the money; our close family has been ripped apart as a consequence of stopped distributions and disappearing capital sums. All our lives have been changed forever.

Ken Mattson was always the customer-facing partner in LM and we met with him regularly. Every transaction we believed was with LM. We trusted him and thought his lack of documentation was quirky rather than criminal. We started investing in 2002 with the most recent one being in 2021, that's how much we trusted him and his investment vision.

We had everything with LM – our savings, our IRA, everything. My daughter has a small child and is studying to go to nursing school. They don't earn a lot of money so we were helping her family with rent, which we can no longer afford to do. We are now sharing a rental with them whilst our own house is rented out to others. We need the higher rent from that to pay the mortgage and property taxes, and despite that are having to sell it this year and move out of state, just to give us money to live on in our retirement. We can no longer afford to live in California which has been our home for 35 years – where our children and friends are.

I retired several years ago but am currently trying to get a job in the nursing profession in spite of being well into my 70's, because our financial situation is so dire. Not too hopeful. I had major open-heart surgery 3 years ago so do not have anything like the strength and vitality I once had. Also, since this all happened, I have been unable to sleep, feel really stressed all the time and every day seems to bring worse news as the reality of this business enterprise is delved into more by the professionals (in the LM bankruptcy case). I am sure it is taking years off whatever is left of my life.

I feel like Ken Mattson and LM have robbed me of my life, my ability to live near my children and participate in the life of my grandchild. This is NOT how I envisaged my retirement. I thought I had worked hard and planned well to be able to travel and volunteer and also help my children out – we were so confident in this sensible investment vehicle that we didn't even consider better retirement planning. After all, what can go wrong if you're in real property!!

████████████████

████ ,

Please can you share this statement with Judge Tse at the hearing tomorrow:

My wife, ████ , and I met Ken Mattson in 2001 through business contacts (he invested in my startup company) and we were very interested in the personal investment approach that he had, reasonable monthly returns and modest capital growth. We made an initial investment with Lefever Mattson in 2002 and then the bulk of our investment portfolio through Ken in 2003 as one of the founding partners in Divi Divi Tree, LP.

Over the years since then, we have met regularly with Ken, at our home, probably 3-4 times a year, and built a level of trust and friendship with him. All our investments with him have not always gone smoothly, nor performed as advertised, but we have received regular payments from Lefever Mattson and based our life around the income they have generated. Our trust in him was such that I transferred an IRA to him in 2014 as we joined the US Peace Corps and we invested another capital sum with him as late as 2021, trusting that we would receive similar treatment for these investments.

Had we known of any potential fraud associated with Lefever Mattson, aside from never making the investments in the first place, we would have taken many different life decisions than we have over the last 25 years. Instead, we have reached a place where the vast majority of our life savings and my IRA may well have dissolved to virtually nothing. Both of us are in our 70s now with little opportunity, or even strength, to take up employment to recover any losses and our Social Security payments are low due to work choices we have made in those 25 years.

Ken Mattson's actions to date have removed the vast majority of our income, the investment of our life savings. This has forced us to sell our home and our car and we have had to move in with one of our adult children. We have no other option but to move to another state where we can afford to live and abandon the life we have built in California since moving here as immigrants in the early 1990s.

This is an incredibly stressful time, especially at our age, and it will undoubtedly have an impact on our long-term health. I know somebody is innocent until proven guilty, but we put our trust in somebody who has now been indicted for fraud and the impact on us is already severe. We wish we'd had the opportunity to make different provisions for our retirement when we had the chance.

Thank you,

████████████████

My name is ▮▮▮▮▮▮▮ and I have my live savings invested in 2 with KSMATTSON and 1 with Lefever Mattson, at least that is what I think. hard to know with all the lies.  I am a retired senior and rely on my monthly distributions from these investments.  I have not received anything since March 2024.  This has caused me to go into debt that I can't cover, raised blood pressure, stress and depression. I can't get any answers and don't really know how life will be .  I see that my investment monies are going for Tim and Ken lawyers fighting each other as they both still live their lives.  I am an educated women and have been duped by these two. Tim Lefever should have seen what Ken Mattson was doing.  I really pray I can recover to live my life the way God has intended .  I also pray the these two are held accountable for the lives they have ruined.  I am sure they have money somewhere in order to continue the life they are living .  Please don't let Ken out of jail to possible run. he needs to be accountable with his knowledge of what he has done with our hard earn money.

███████

Hi ███████,

I had emailed and called you a few times but never heard back.  Anyways I heard you would like to hear from some victims/ investors .

.  I am also planning on going to the courtroom at 10:30 tomorrow.  Thank you for your work on this case.  We are finally seeing some justice I hope.


HI,

My name is ███████ and I first heard about Ken from my brother ███████.  I also knew Ken's brother and they both gave me the thumbs up on Ken.  I was a new investor and didn't realize I should of been given more information on my investments with Ken and better contracts.

I invested because I was told it would be safe and was guaranteed 7.5 %

return on my 100k investment.  It worked for 8 years or so until it didn't.

Our monthly checks stopped last August.  My Divi Divi IRA was supposed to be invested in apartment buildings in So Cal.  I learned that I was not actually invested and actually "off the books"

Knowing all my hard earned retirement funds were in danger was very..very stressful!   I could not sleep for months.  My high school daughter frequently cries when we discuss possible college plans .

because I have to tell her I can't be sure we will be able to afford it.

He took my entire 401k and retirement funds and told me lies when I would ask when is the property selling and where is the big pay day for the increased equity that was promised  I have sine of the "funds" in Madison Trust but it is coded as private placement partnership. It says 551k but only 679 dollars of cash are actually in there.

Where did that money go?  I am not able to access it.

I could go on and on but I am glad that justice is finally happening.

Thank you!




████████████████████████

Hello ████

I understand that Ken Mattson was arrested today and that he is scheduled to appear in federal court tomorrow at 10:30 a.m.

Please understand that I invested all of my savings and the proceeds from the sale of my home with Ken Mattson. He stole $340,000 from me and I have been left with nothing. I am a single mother and was receiving a monthly dividend check from Ken until July 2024. I hired an attorney for a short period of time along with a small group of investors to try and sort out the situation and understand my rights, etc. I couldn't afford to continue with an attorney and have cooperated with the Verita Global group to upload agreements, and copies of every communication between Ket Mattson and myself.

I have been depressed and withdrawn this past year due to this situation. I trusted Ken Mattson as he was referred to me by the pastor of my church as well as a few church friends. He always made them money on their investments for almost 20 years and I believed that he was a master economist who was in good standing with his clients. This is why I ended up investing ALL of my savings with him. I am devastated and hope that today's arrest will speed up the process of helping our group of victims get back the money he has stolen. I can barely make ends meet.

Thank you for considering my situation as the FBI proceeds with this matter.

████████████████████

Hi █████

Ken was in my home many times, always with a new investment opportunity. He was a very personable and charming man. This is what makes it so hard to believe he was capable of such a scam/fraud. My mother and I began investing with him in 2005. She has since passed (2021) leaving an investment property as inheritance. My sister and I requested the sale of this property in Sept of 2023.

Promises were made (by Ken), a buyer was found, supposedly a contract in the final stages of completion and then ... nothing.

He disappears. My mother suffered immensely being raised in Germany during WWII... saving her pennies all her life and investing wisely ... at least that's what she thought. Now her name does not appear as an owner of the property - where did her hard earned money go???

Here is another instance - I have a property that was legitimately in my name until 2019 when Ken asked me to transfer the property deed to LFM (temporarily) so that "he could roll it into a commercial investment". His assistant assured me this was totally customary and legitimate. Ken assured me he had taken my funds and invested them in a much more lucrative property ... but could NEVER recall the name. I have no idea where my $200,000 ended up. ???

For years I asked him and he always had the same answer ... I'll have to get back to you. After that it was no longer listed on my tax returns... and I was given bogus answers as to why.

There is yet another property that I am not listed as an owner.

This is beyond disheartening!!!

I was by no means wealthy ... just living comfortably from my investments, but now I'm in my 70's and I'm living off of Social Security. My life has changed drastically as I've had to adjust to a much lower level of income... thanks to Ken Mattson!

I am hoping and praying that this fraud can be made right and that us investors (many of us possibly victims of elder abuse) may find adequate and fair compensation at the end of these proceedings.

Thank you,

████████

███████

Hello there,

I am an investor with Leffever/Mattson with Autumn Wood. I believe I am one of the youngest, if not the youngest investor involved. I have four children under 7 years old and we live in Ada County Idaho.

After my second parent died at age 26, I received an inheritance from their hard earned money, with the requirement that I wisely invest it for my future and the future of my family of 4 at the time. I approached Ken, having heard from many reliable sources in our community, that he was trustworthy and wise enough to manage this money. He reassured me the money would grow within the real estate investment, and that I even would have a future opportunity to re invest once the property was sold.  I gave him a large sum of all I had, and all seemed well for several years until the checks abruptly came to a stop. I reached out and was assured they would re assume and it had just been a mistake. Shortly after this I was ghosted almost overnight.

I could not get ahold of Ken or his business partner in any type of capacity no matter how many emails or calls I placed.

No tax info, no check, no explanation... until a glimmer of hope came, and I connected with other investors who had a similar story.

Words cannot express how this has added to my grief for my parents. How one could be trusted so implicitly and simply provide no answers and seemingly take no accountability is unthinkable. Im thinking of all those affected by these irresponsible actions, and hoping that soon a day of resolution will arrive for all of us.

████████████

Dear ████████████,


I am letting you know of the impact Ken Mattson's actions have played out in my life.  I am 75 years old.  As a Christian and a longtime  friend of Ken, I trusted him to invest my money honestly and with clarity.  I have invested over 1.5 million dollars with him not knowing he was using my investments for his own benefit.


I am now living only on Social Security and what little I can use of a small IRA without depleting the IRA completely before I die. I never had a high-paying job and yet felt that building that much at my retirement was a job well done.


Now I face going back to work, checking every nickel and dime I spend, and selling my belongings to make ends meet.  I am typically an optimist in life but this has impacted me in ways as never before.


He needs to face the consequences of his actions.


Respectfully,


████████████

██████████

My wife and I retired in 2022 at ages 64/61. We retired a couple years early based on the expectation that 20% of our living expenses would come from our LeFever Mattson investments. While our situation is not as dire as those who invested their life savings, nevertheless, it has substantially impacted our life and future.

Although our two investments are "on book", we believe all investors are victims. Originally (2007), we were told what properties we were invested in and that our income came from rents received and our principal (and thus owner withdrawals) would grow as real estate appreciated. None of that was true and in recent years, LeFever Mattson would "move" us into different properties without our knowledge. Many of these properties in Sonoma are now in default.

Respectfully,

██████████████████

11

██████████████

I am a 67 year old investor that met with Ken Mattson in 2018 who was recommended to me by family members who knew Mattson personally and had trusted him with numerous Investments over several years.  I have a banking background in senior management.  I met with Ken Mattson and decided to invest my entire 401k thinking that Madison Trust Co was a fiduciary of this investment.  I was misled.  I have been devastated by this loss of my entire career savings since the email a year ago from Tim LeFever/ Madison Trust stating I had to directly contact Ken Mattson for information about my investment.  Madison Trust sent out yearly statements re my investment balance and I had no real concerns.  Again I was misled and trusted that my life savings was intact. After a year of grief and disillusionment about all I built up in my life, i struggle with how a trusted professed Christian could mislead so many people.  I have no time in my life to recoup this kind of loss.... Half a million dollars. I pray swift justice will be served  in this case and that others like myself will be made whole.

████████████

████████████

To ████████ :  I am responding to your request for anyone affected by Kens Mattson's actions to give you information.

Ken Mattson's handling of my funds definitely affected my way of life since the revelation that Ken Mattson was not operating honestly and correctly in all the financial dealings He is involved in.  I started my association with Ken Mattson in 2006 at the recommendation of my sister.  After my divorce settlement I gave Ken Mattson all my assets to invest and make money for me just as he had done for my sister.   My approximate total investment was $577,000.00.

 Since June 2024 I have not received any payments from Ken Mattson as he promised to make.  It has been difficult to pay all my obligations and I am now in credit card debt of $23,000.00 in order to manage all my bills.  My credit rating is also affected because of being on mortgages that are not being paid for because of Lefever Mattson Co filing bankruptcy.   I am almost 77years old and cannot work because I have balance issues and cannot walk without aid.  I rely on the money I received in order to maintain and pay my bills.                                                   Thank you. ████████████

13

███████████████

Both my wife and I have worked very hard our entire lifetime. We both came from very humble beginnings we have both held down full time employment since our teen years. We married young and struggled to make ends meet. We have proudly put our three children through college and always been home owners. We have seen hard times but managed to put money aside for our future for retirement. We have always looked forward to retiring to spend time with our children and grandchildren. Unfortunately due to our investments with Ken Mattson we are forced to revaluate everything about our lives Our Future Our time with our children and our grandchildren. This of course causes nothing but stress and thats the last thing seniors need its bad for our health and life in general. Yes we are Bitter!!! Very Bitter!!! we were out and out lied to We invested over several years $658,000 from our 401K with Ken Mattson who assurred us our investment was the safest in realestate rental properties with a return of 6%-7% and even higher return as rents went up on rentals. He told us our investments were solid and safe now we are struggling to make ends meet. Ken has caused hardships for many elderly who have invested with him he needs to be held accountable and pay back his investors

Sincerely

████████████████

14

To whom it may concern: My name is ███████. I am writing today regarding the actions of Ken Mattson. I knew Ken through my son; they attended church together, and I trusted him. I truly believed in his intentions, and now, I feel incredibly foolish for having placed that trust in him. To invest with Ken, I refinanced my home, putting in $350,000. My hope was that this investment would provide me with a modest monthly income to supplement my Social Security, ensuring a stable life. Now, at 83 years of age, I am left to find a way to replace that lost income and figure out how to pay back the mortgage on my house. Ken has caused me immense pain and countless sleepless nights. It's truly difficult to comprehend that he is able to continue living his normal life, seemingly free from the worries of paying his mortgage, buying groceries, or even purchasing birthday presents for his grandchildren, while I face these profound anxieties. I understand that justice can take time, but the burden of his actions weighs heavily on me every single day. Thank you for your time and consideration. Sincerely, ███████

████████

Your Honor, For over two decades, I entrusted Ken Mattson with nearly $750,000 of my hard-earned retirement savings, believing that he would act in my best interest and help secure my financial future. This money represented a lifetime of careful planning and sacrifice, intended to support me in my later years. As someone now 81 years old, I relied on those investments to ensure a stable and comfortable retirement. Instead, I have been left with a deep sense of betrayal, and the financial security I spent a lifetime building has been stripped away. Today, I live with daily anxiety, unsure of how I will support myself in the years ahead. The loss of these funds has not only shaken my trust in others, but it has also cast a shadow over the remainder of my life. I fear that I will no longer be able to remain financially independent or maintain the simple lifestyle I had planned for. I should be enjoying peace and dignity in this stage of my life—but instead, I face uncertainty and fear. Ken Mattson's actions have had a devastating impact on my future, and I ask the court to consider serious consequences of this betrayal. Sincerely, ████████

██████████████

Ms. ████

My name is ████████ and I represent my wife, ████ and I (trustees for the entity ████ ████████████ ) that invested $750k through Mr. Mattson specifically as an agent of LeFever-Mattson, Inc. and KS Mattson Partners beginning in 2016.

Words cannot begin to express the hardship that Ken Mattson's actions have put my family through and will continue to put us through even when/if we are made financially whole.  To begin with my wife and I have invested every penny of our life savings and leveraged our home's value/equity in what appeared to  be sound investment advice from a knowledgeable and convincing manipulator. The sad fact is that when done legitimately, Ken's financial plans were beneficial for all involved. However, when Mr. Mattson became greedy and embezzled our money, he destroyed our family's future.  The money made was meant to be a significant portion of our current and retirement income; providing the means to be financially stable in our later years.  That security has been robbed from us.

Secondly, and most importantly,  is how this has psychologically devastated my wife and I and our children.  The resulting arguments over finances have lead my wife and I to discuss divorce for the first time in our 17 year relationship.  This  stress is compounded and results in being short-tempered with our young children who don't understand the specifics of this financial disaster, but definitely see and feel a change in their parents' behavior and their lifestyle. The unfortunate truth that we live daily is that while money can not buy happiness, it sure has destroyed the happiness and security that we once had.

As a family, we hope that Ken Mattson is ultimately held accountable for the financial ruin that he has caused his victims and the traumatizing psychological trauma that he is responsible for.

Respectfully,

███████████████
███████████████

Hello ████

My husband and I are unable to attend tomorrows indictment proceedings.

Attached is our Victims statement. Please confirm receipt and assure you will help the Magistrate be made aware of our situation and how important it is for him to understand the significance of his decision regarding the terrible ruin and financial and emotional injuries that Ken Mattson has caused and continues to cause us.

We appreciate your help.

Thank you.

Sincerely,

████████████████

Hon. Alex G Tse,

US Magistrate Judge

US District Court Northern District of CA San Francisco

RE: Case CR25-00126CRB USA vs Kenneth Matl:son

Victim Statement:

████████████████

May 22, 2025

We have invested with Ken Mattson since 2002 under the understanding that we would be invested in Lefever Mattson Partnerships and a few under KS Mattson Partnerships in properties with contracts indicating %ownership and expected annual 6-7% income return paid out monthly and future increased equity when properties were sold. Over the years our goal was to be able to retire and have monthly income from our investments. We had a physical therapy private practice that we opened in January 1990 and finally sold in March Of 2020 and continued to work but retired in November 2022. We have invested over 3.86 million dollars with Ken. Out of all of this we have come to find out that only 1 property KS Mattson partnership (Comstock 8340 Auburn Blvd) was actually recorded. These were from two 1031 exchanges for rental homes sold by and to him in September and November of 2020. None of our Lefever Mattson contracts and 2 other KS Mattson partnerships signed by Ken he actually recorded. We did receive monthly checks until November of 2024. Ken told us our monthly checks would continue even though the Lefever Mattson Bankruptcy was in full force. We still can't believe how he could lie to us so blatantly, and deceive us for all of these years. We no longer have any income.

From 2002-2014, we regularly gave Ken our savings investing in LM Partnerships and KS Mattson Partnerships. In 2010 and 2012 we even transferred all of our IRA retirements to his Madison Trust, Pacific Premier and Provident funds. In 2014 Ken advised us that in order to sell the business we would need to grow and  expand to 2 large clinics and continue to grow. His business advice was

always good, our monthly checks continued to come in and we developed a trust in him. He also started preparing our personal taxes in 2012. We did grow the business. We were finally able to sell the business in 2020. Ken told us we would be able to retire with the investments we had given him because our monthly income would allow us to maintain our way of life even with inflation and we would be able to manage for the rest of our lives. We gave Ken the funds from the sale of the business. In the next year we sold our home, moved and downsized our mortgage. We sold those 2 rental properties and 1031'ed to Comstock. Then we sold our business building. So from 2020-2022 we gave him basically all of our life savings we had been building in our business and homes. Beginning of 2023, I retired at 60 yrs old. I no longer have an active PT license, we have no regular income. My husband retired as well. Presently, after 6 months of no longer receiving any income, we will be forced to sell our last rental property we had bought for our son's future. My husband will likely have to return to work. We had planned to finally relax after working and running a business for 31 yrs and travel. All we have done since May 2024 is worry about money (or lack thereof) and bill, and stress about what we are going to do about our future. We would appreciate if our Victims statement is received/recorded and gives awareness that we are one of the several hundreds of investors who's future lives and plans Ken Mattson has ruined. Our financial loss is difficult to measure due to the additional potential equity that is not even included in the 3.86M given to Ken. In addition, the stress he js causing is immeasurable and we have irreparable trust issues now.

██████████

Dear ████

Please find my victim statement below to be read or represented at the hearing of Kenneth Mattson May 23, 2025

I am a 50 year old woman who inherited investments from my fathers, Robert Rhoads, passing in Februaury of 2024.

While in hospice in the beginning of February 2024 my father, on his death bed, was discussing writing another $100,000 check that he saved to give to Mr Mattson to invest.  Little did we know at that time that all the invesment checks my father wrote to Ken were not actually being invested.  This includes his IRA money he transfered to a self-directed IRA through Mr Mattson.  It was only a few months after his passing when the truth started to come to light.  By then we started meeting with Mr Mattson to transfer our names onto the invesments and draw the IRA money out.  As we were mourning the death of our father we were being assured by Mr Mattson that he was working on getting our inheritence not knowing that there was no actual investments.

The worst part is that my dad admired and trusted Mr. Mattson.  He gave him every penny he had almost up to the day he died because he trusted that Mr. Mattson had his financial best interest in hand.

Mr Mattson's actions have not only affected my inheretence but also many family members and close friends livilhoods because they invested with Mr Mattson.  This includes my mother, my aunts, my in-laws and life long friends, many of whom are in their late 60's and into their 70's.

I also live in Sonoma, CA where Mr Mattson also resides.  He bought new cars and was seen selling properties all while he was aware of this investigation happening.  All while claiming he wanted to make things right by the investors. I ask the court that Mr Mattson be kept in prison while awaiting trial as the devestating impact he has made in his fradulant wake is widespread and impacts so many.


Thank you


██████████

████████████████

To Whom this may concern:


Regarding the Ken Mattson fraud case: Ken Mattson has caused significant financial problems for us. By Ken not paying mortgages for 2 duplexes for the last year, our credit score has plummeted. We are not able to get simple credit cards and have had foreclosure notices sent to us. He has also taken over $500,000 in retirement and real estate funds which we were depending on for our retirement..We hope the court will consider all the damage Ken Mattson has done to us and the emotional/financial stress he has put us through. As the court knows, we are not the only family he has defrauded for his own selfish and greedy personal gain.


Thank you


████████████████

███████

To whom it may concern,

My name is ██████████, and am a victim of Ken Mattson's investment schemes. I did not invest with Ken directly myself, but my late father, ██████████ was heavily invested and as a result I inherited some of his investments. Below I am pasting part of my sister's statement, which also applies to me:


"While in hospice in the beginning of February 2024 my father, on his death bed, was discussing writing another $100,000 check that he saved to give to Mr Mattson to invest.  Little did we know at that time that all the investment checks my father wrote to Ken were not actually being invested.  This includes his IRA money he transfered to a self-directed IRA through Mr Mattson.  It was only a few months after his passing when the truth started to come to light.  By then we started meeting with Mr Mattson to transfer our names onto the investments and draw the IRA money out.  As we were mourning the death of our father we were being assured by Mr Mattson that he was working on getting our inheritance not knowing that there was no actual investments.


The worst part is that my dad admired and trusted Mr. Mattson.  He gave him every penny he had almost up to the day he died because he trusted that Mr. Mattson had his financial best interest in hand.


Mr Mattson's actions have not only affected my inheritance but also many family members and close friends livelihoods because they invested with Mr Mattson.  This includes my mother, my aunts, my in-laws and life long friends, many of whom are in their late 60's and into their 70's."


Thank you for helping to bring this man to justice,


Sincerely,

███████

██████████████

22 May '25

Today, Ken Matson was arrested by the FBI for multiple charges related to his deceptions and failures in the management of our money entrusted to him by hundreds of investors, including my wife, ████████, and me, ████████. We've been asked to give brief victim statements with regard to the consequences of his action on us, his investors.

I am a physician, and my wife is a school teacher. Although in my 34 year practice in family and emergency medicine which enabled me to make a very livable income, I worked <u>very hard</u> for our money, often too hard at the price of limited time with my family and near burn-out two or three times. My wife's teaching work, though having great impact on many young lives, did not bring in much money, but did bring her great satisfaction with significant influence in many children. We lived comfortably, but not extravagantly - often driving old cars, not buying luxury items, and living frugally so we could save for retirement and for our passion projects. We gave to charities, travelled for mission projects, and disciplined ourselves to save for helping our son launch his life and for our own retirement.

Because I was self-employed, there was no retirement plan saving for us; we had to do it ourselves. At first we used mutual funds, but when the stock market tumbled in 2008, we lost so much value in our retirement. We then started looking for other tangible asset investments with real value and with managers invested in the same entities. We met Ken Mattson on a referral by friends in 2009. He was very knowledgeable in economics, very generous in his time teaching us his financial approach, and heavily invested in each of the properties he was inviting us to share with him. Cautiously, we invested little amounts with him - some as <u>cash investments</u> and some in his <u>IRA - compatible investment</u> (Sienna Pointe Apartments, which later became the Divi Divi Tree property). The investments worked just as he described and started producing passive income for us with a low tax burden. Over time, he also became our tax preparer and financial advisor. Together we developed a plan that when my passive income from gradually increasing investments equaled my active income, then I could retire. As disbursement checks came regularly, we became more confident in his financial leadership and invested progressively more money with him in more and more properties. And sure enough, our gradually increasing passive income reached my active income by age 65 enabling me to retire.

As we approached my retirement, together with the encouragement of Mr. Mattson, we decided to consolidate our several different retirement accounts into a single retirement account managed by Madison Trust as a custodial company and invested in Mattson's Divi Divi Tree. This was to reduce custodial fees and to make distributions easier when I reached the age of required minimal distributions. We seemed to be in a secure position with all of our retirement funds and a heavy majority (greater than 90%) of our savings with the LeFever Mattson companies.

Then in April of 2024, we received the disturbing notices from Tim LeFever that our retirement investments may not be valid and that our savings investments were in jeopardy. At first, we did not believe this because we trusted Ken so implicitly and had experienced such a good track record

with him. But as evidence mounted that the reality was even worse than described, we realized that this was the case. Our distributions dried up, and we were unable to activate our IRA distributions because of the Mattson debacle. Suddenly, without either investment distributions or the ability to access our retirement accounts, we had become "under water" with regard to cash flow with our only income being my Social Security (which was never designed to be one's whole retirement) and ███████'s small teacher salary. My wife feared we might even lose our home of 27 years, but so far have been blessed to keep it

We have had to significantly tighten our belts, not buying anything unnecessary, rent out rooms in our home, & travel much less. Friends have been generous with us , encouraging us immensely. ███████ has had to go back to full time work. I have had to come out of retirement and at nearly 70 years old have needed to renew my medical license, so I can return to work to start re-building our financial basis. We trust that God will continue to provide for us as He always has, but it has been very stressful for us. We have cut our charitable giving, deferred our desired mission trips, and delayed our desire to help our son and daughter-in-law get into a home.

Beyond the financial distress, one of the most disturbing things for us is that a man that we had so implicitly trusted, Ken Mattson, whom we met with us numerous times in our home, who had done our taxes, who knew our finances intimately, and helped our son with college housing, a man we considered our friend and brother in the Lord, had so significantly betrayed us! Here essentially stolen from us our entire retirement and a heavy majority of our savings. Beyond that, the dreams of a relaxed and productive retirement that we worked so hard to develop were shattered. We have had to work hard to forgive him as our Lord insists, and to pray for his redemption from this destructive series of choices - destructive both to us and to him.

Last year, my wife started a prayer group for LeFever Mattson investors that meets each week to pray for our situations and even for forgiving LeFever and Mattson, but we all struggle. We feel for those who are older or having health problems, and are unable to return to work as we are. We try to find ways to encourage and to help each other. That group has been one of the bright spots in all this dismay.

We trust God will redeem all this, but we are quite concerned for Mr. Mattson's spiritual fate if he does not humble himself and repent and make diligent effort at restitution.

███████████

████████

Hello,

I wanted to reach out to you about how Ken Mattson impacted my life for the worse, since I cannot make it to San Francisco for his hearing after being arrested. I am a widowed Pastor's wife, who Ken Mattson reached out to after my husband had passed away. My husband and I had scraped and put together every penny we earned while reaching out to the community. My husband made a point to set up IRA accounts to care for us after we retire. After my husband passed I was looking to take care of the accounts that my husband and I carefully cultivated when Ken Mattson reached out as a fellow Christian that could help me cultivate my late husbands and my hard earned money through my retirement. He had a plan to make my money work for me, and reassured me along the way. I was a special needs assistant and worked for the school district before I retired. I put everything into my retirement so I would not have to worry about day to day living at 75 years old. To have everything vanish overnight has been devastating. I just went through my second bout of breast cancer and I am trying to bounce back from all the chemo and radiation. It is daunting thinking about having to get another job to survive, because I have nothing now, when I am still trying to recover from debilitating cancer. It is heartbreaking that this has happened to more than just me. I worked hard to make a living into my retirement, then was outright lied for many years. Ken Mattson was conniving and said whatever he needed to to get the signatures he needed. I hope justice is truly served and I am available if there are any questions. Thank you for your time and care.

Sincerely,

████████

████████

████████████

███████

My family is based in San Diego, and we are unable to join in person.

Please let me be clear: I feel uncomfortable sharing my story. It's difficult to talk about the mixture of shame and loss I feel in having put so much trust in Ken as a steward of my family's financial future.

And I am especially reluctant to talk about the stress and hardships I have endured because I am acutely aware that many others have it far worse, and are too ashamed to speak up. As one of the initial organizers of our investor support community, I have heard countless heartbreaking stories, especially from our elderly friends who are scared and struggling to survive month by month. As someone in their mid-50's, I may not be a spring chicken, but I am still able to work and try to generate enough income for living expenses.

So, it is with trepidation and reluctance that I share some of my story — not because I think it is more important than anyone else's, but because I am compelled to show that people who trusted Ken are not faceless characters in a story, and to encourage others to do the same....

Personally, I have invested over $1M in numerous properties with Ken since 2007, induced by his clear and unambiguous assurances that my money was tied directly to specific properties that he selects for their value appreciation with time, and are therefore less risky and MORE SECURE than the stock market or other options for growing our savings over the decades.

I have never received any tangible increase in the underlying principals, and I can genuinely say that i have never felt LESS SECURE in my families future. And also the future of my elderly father and my sister, both of whom I introduced to Ken, and who now must also navigate uncertain futures.

It's extremely difficult to convey the difference between the CONCEPT of "life savings" with what that actually LOOKS LIKE in REAL LIFE:

- it's decades of the proverbial "blood, sweat, and tears" while trying to grow my own consulting company

- It's hundreds of days each year on the road traveling for work and being away from family

- It's constantly being disciplined about spending in order to save up as much as possible

- It's deciding not to purchase a new car, or take a family vacation

- It's forgoing so much in order to secure my family's financial future

And each dollar NOT spent…. each dollar saved….. each dollar that in 10 years should be worth 2 dollars… was entrusted to Ken's purported expertise and laser-focus on the benefits and safety of his real estate endeavors.

And, what feels most egregious at times, is that Ken had induced me to give him $50K in MARCH of 2024, which was just a few weeks before we investors became aware of the on-going feud and finger-pointing that Ken and Tim LeFever were already deeply mired in. At that time, I had emphasized to Ken that those monies were my family's safety net of cash, which I needed to be available in the short-term. Ken assured me of the various advantages, and he encouraged me to wire him the funds. To this day, Ken has not responded to my dozens of inquiries to clarify where those most recent funds are — I have heard only deafening silence as I struggle to pay our family bills, taxes, and education costs —  and now need to seek money on loan.

I take no joy in lending my families voice to today's unfortunate milestone — and there many others who continue to struggle silently out of sight.

We don't deserve to feel the way we feel — ashamed, scared, guilty of trusting someone like Ken.

We DO deserve to be made whole, and to have accountability in service of justice.

In the meantime, we appreciate being heard and acknowledged — that has been our only solace for the past year.

Thank you for listening.

Dear Ms ███

My husband, ███ age 87, and myself, age 83, have been investors with Ken Mattson since the 1990s.  We tried many many times to get our money back but his usual retort to us and other investors was I'll have to sell it before I give you back your investment and the property is in escrow.  Months would pass with no response from Ken.  When we followed up with him, he would say something like the market is bad and the escrow fell through.  We meet with him at least once a year.  He made lots of promises like our investments have doubled and are now more than a million dollars.

Our last 2 in person meetings, January 5, 2024, and at our home and again in April.
In January, he knew the situation he was in but we didn't.  He called us a couple days after our meeting and said he was putting together a deal and had 3 investors and needed one more.  Would we like to join in with $100,000.  I promptly said "no". short conversation.

The next meeting was the last time we heard from him.  At that meeting he offered to put our monthly checks on direct deposit and we told him we wanted our entire balance from our IRA.  He agreed and shared some information about him having to get a lawyer.  We texted and called him many times after that.  He went dead silent.

Please contact us any time.  We have NO INCOME from our investments.

Thank you for your work on this case.

Sincerely,

