UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>        v.<br><br>KENNETH W. MATTSON,<br><br>        Defendant. | Case No.  25-cr-00126-CRB-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

The defendant is ordered released from the custody of the United States Marshal pursuant to the terms of a bond.

**IT IS SO ORDERED.**

Dated: May 28, 2025

_____

ALEX G. TSE
United States Magistrate Judge

Rev. 08-2023