| | |
|---|---|
| 1<br>2<br>3<br>4 | RANDY SUE POLLOCK (CA SBN 64493)<br>rsp@rspollocklaw.com<br>LAW OFFICE OF RANDY SUE POLLOCK<br>286 Santa Clara Avenue,<br>Oakland, CA 94610-2624<br>Telephone:  510.763.9967<br>Facsimile:  510.380.6551 |
| 5<br>6 | Attorney for Defendant<br>KENNETH W. MATTSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON,<br><br>Defendant. | Case No. 4:25-cr-00126-JST<br><br>**JOINT STIPULATION RE DEFENDANT'S MOTION TO MODIFY PRE-TRIAL ASSET RESTRAINTS AND [PROPOSED] ORDER \*AS MODIFIED\***<br><br>Date:  ~~July 25, 2025~~ July 31, 2025<br>Time:  ~~2:00 p.m.~~ 9:30 AM<br>Judge:  Hon. Jon S. Tigar<br>Ctrm:  6 – 2nd Floor<br><br>Indictment Filed: May 13, 2025<br>Trial Date:  None set |

---

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO MODIFY

CASE NO.: 4:25-CR-00126-JST

1   WHEREAS, on June 11, 2025, Defendant Kenneth W. Mattson raised potential Sixth

2 Amendment challenges to certain conditions of pre-trial asset restraint contemplated by the

3 Magistrate Court;

4   WHEREAS, pursuant to the Court's June 11, 2025, Order (ECF No. 38) that Mr. Mattson

5 must file an opening brief regarding any potential Sixth Amendment violations on or before June

6 25, 2025;

7   WHEREAS, pursuant to the Court's June 11, 2025, Order (ECF No. 38) Plaintiff United

8 States of America may submit a response brief in opposition on or before July 9, 2025;

9  **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Plaintiff and

10 Defendant, subject to Court approval as follows:

11  1. It appearing to the parties that the Sixth Amendment issue should properly be

12 brought to the District Judge, the Hon. Jon S. Tigar;

13  2. The Parties submit the following suggested briefing schedule for the motion to

14 modify pre-trial asset restraints:

| | |
|---|---|
| Defendant's opening brief | June 25, 2025 |
| Plaintiff's opposition brief | July 9, 2025 |
| Defendant's reply brief | July 16, 2025 |

  3. Any hearing corresponding to the aforementioned briefing shall be held on July
~~25~~ 31, 2025, at ~~2:00 p.m.~~ 9:30 AM or as soon thereafter as the matter may be heard, before the Honorable Jon
S. Tigar.

  4. Nothing in this Stipulation is intended in any way to waive or affect any rights,
claims, defenses, objections or arguments that any party may have with respect to any matter,
other than those expressly addressed and agreed in Paragraphs 1 through 3 above.

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO MODIFY  1  CASE NO.: 4:25-CR-00126-JST

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | |
| 3 | | |
| 4 | DATED: June 25, 2025 | LAW OFFICE OF RANDY SUE POLLOCK |
| 5 | | |
| 6 | | By: */s/ Randy Sue Pollock* |
| | | RANDY SUE POLLOCK |
| 7 | | |
| | | Attorney for Defendant |
| 8 | | KENNETH W. MATTSON |
| 9 | | |
| 10 | DATED: June 25, 2025 | CRAIG H. MISSAKIAN |
| | | United States Attorney |
| 11 | | |
| 12 | | By: */s/ Christoffer Lee* |
| | | CHRISTOFFER LEE |
| 13 | | NIKHIL BHAGAT |
| 14 | | Assistant United States Attorneys |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Randy Sue Pollock, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on this 25th day of June 2025, at New York, New York.

*/s/ Randy Sue Pollock*
Randy Sue Pollock

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 26, 2025

_/s/ Jon S. Tigar_
The Honorable Jon S. Tigar
United States District Judge