CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH W. MATTSON,<br><br>    Defendant. | CASE NO. 4:25-CR-00126 JST<br><br>**AUSA LEE DECLARATION ISO UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY PRE-TRIAL ASSET RESTRAINT**<br><br>Date: July 31, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Jon S. Tigar |

I, Christoffer Lee, declare and state as follows:

1.    I am an Assistant United States Attorney in the Northern District of California, and I am assigned to represent the United States in the above-captioned matter.

2.    I am informed and believe that the exhibits attached herein are what they purport to be.

3.    Attached as **Exhibit A** is a RealQuest Property Detail Report for 62 Farragut Avenue A in Piedmont, CA, reflecting owner name Kenneth W. Mattson.

4.    Attached as **Exhibit B** is a RealQuest Property Detail Report for 62 Farragut Avenue B

in Piedmont, CA, reflecting owner name K S Mattson Partners.

5. Attached as **Exhibit C** is a RealQuest Property Detail Report for 1834-36 Ocean Front in Del Mar, CA.

6. Attached as **Exhibit D** is a July 22, 2024 Deed of Trust with Assignment of Rents between Equitable Ocean Front LLC and KS Mattson Partners.

7. Attached as **Exhibit E** is an April 25, 2025 Correction Deed of Trust with Assignment of Rents between Equitable Ocean Front LLC and KS Mattson Partners.

8. Attached as **Exhibit F** and **Exhibit G** are Federal Bureau of Investigation Form 302 Memoranda of Interviews with WITNESS 1, which have been filed under seal.

9. Attached as **Exhibit H** is a "Co-Ownership Agreement" for 210 La Salle between KS Mattson Partners LP and WITNESS 1, which has been filed under seal.

10. Attached as **Exhibit I** is a sales contract between Buick GMC of Vacaville and Stacy Mattson for a 2024 GMC Yukon XL, which has been filed under seal.

11. Attached as **Exhibit J** is a sales contract between Buick GMC of Vacaville and Stacy Mattson for a 2025 GMC Sierra 2500HD, which has been filed under seal.

12. Attached as **Exhibit K** are records from Bonhams Auction House, including an email communication with SURETY 1 regarding the sale of vehicles and settlement statements reflecting the same, which have been filed under seal.

13. Attached as **Exhibit L** is Federal Bureau of Investigation Form 302 Memoranda of Interview with two witnesses, which has been filed under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 9, 2025

                                                          /S/
                                       CHRISTOFFER LEE