```
RANDY SUE POLLOCK (CA SBN 64493)
LAW OFFICES OF RANDY SUE POLLOCK
286 Santa Clara Avenue,
Oakland, CA 94610-2624
Telephone:    510.763.9967
Facsimile:    510.380.6551
rsp@rspollocklaw.com
```

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH W. MATTSON,<br><br>    Defendant. | **Case No. 4:25-cr-00126-JST**<br><br>**DECLARATION OF RANDY SUE POLLOCK IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY PRE-TRIAL ASSET RESTRAINT**<br><br>Date:   July 31, 2025<br>Time:   9:30 a.m.<br>Judge:  Hon. Jon S. Tigar<br>Ctrm:   6 – 2nd Floor<br><br>Indictment Filed: May 13, 2025<br>Trial Date:      None set |

I, Randy Sue Pollock, declare as follows:

1.  I am an attorney licensed to practice law in the State of California and am the principal attorney of the law firm of the Law Offices of Randy Sue Pollock, counsel for Defendant Kenneth Mattson. I submit this declaration in support of Mr. Mattson's Motion to Modify Pre-Trial Asset Restraint. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could testify competently under oath.

2.  At Mr. Mattson's May 23, 2025 arraignment, my co-counsel, William Frentzen, requested that the government provide its tracing analysis in support of its forfeiture allegations.

3. The government did not produce any analysis after that request.

4. Five days later, at Mr. Mattson's May 28, 2025 detention hearing, Mr. Frentzen again requested that the government provide its tracing analysis.

5. The government again failed to produce any analysis after that request.

6. The defense's preliminary analysis conducted by a forensic accountant shows nearly $15 million more in net transfers from the KS Mattson Partners, LP ("KSMP") bank account to LeFever Mattson's ("LM") "1059 Account" than net transfers in the opposite direction between 2020 and 2023.

7. This preliminary analysis identified approximately $23.3 million in transfers from LM's "1059 Account" to KSMP's bank account during the period January 1, 2020 through September 1, 2023. During that same period, KSMP transferred approximately $37.9 million to LM's "1059 Account."

8. Defense counsel has raised this analysis multiple times since Mr. Mattson's initial arraignment hearing, asked the government whether it has analysis to dispute that finding, and the government has declined to produce any analysis to dispute it.

9. Defense counsel raised a potential Sixth Amendment violation before Magistrate Judge Tse at a June 11, 2025 conference in connection with the posting of 210 La Salle Avenue, Piedmont, California ("210 La Salle") as bond security.

10. On June 25, 2025, during communications about the stipulation and briefing, the parties discussed the substitution of an alternative property as security instead of 210 La Salle. Attached hereto as **Exhibit A** is a true and correct copy of an email chain among defense counsel and the government, dated June 23-25, 2025.

11. At that time, Assistant United States Attorney Christoffer Lee stated that the government attorneys "continue to be open to other substitute properties" instead of 210 La Salle.

12. The government made no indication at that time that substitution of security would require a renewed hearing before the Magistrate Judge and agreed that "Judge Tigar is probably the correct court for motion practice and a hearing."

13. According to public filings on the docket of the bankruptcy proceeding involving LM, captioned *In re: LeFever Mattson*, Lead Case No. 24-10545 (CN) (Bankr. N.D. Cal.), professional fees incurred by LM totaled over $1 million for the month of 2025.

14. Attached hereto as **Exhibit B** is a true and correct copy of Order Denying Government's Request to Dismiss Counts 1-8 of the Indictment, filed in the criminal case captioned *United States v. Shelton*, Case No. 23-cr-00258-JSC-1 (N.D. Cal.) as docket entry 99 on October 17, 2024.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: July 18, 2025  /S/ RANDY SUE POLLOCK

RANDY SUE POLLOCK