# EXHIBIT A

| | |
|---|---|
| **From:** | Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov> |
| **Sent:** | Wednesday, June 25, 2025 10:33 AM |
| **To:** | Frentzen, William; Randy Sue Pollock |
| **Cc:** | Bhagat, Nikhil (USACAN); Komorowski, Michael |
| **Subject:** | [EXT] RE: Mattson Bond |

Wil and Randy Sue,

We evaluated in good faith your proposed substitute property—531/533 Camino Del Mar. It's hard to see how a proposed substitute property that appears to be the subject of a $6 million debt owed by KSMP is a realistic or viable substitute. As you know, Judge Tse and Pretrial Services found Mr. Mattson was a flight risk, albeit one that could be mitigated with a $4 million secured bond. Part of the court's analysis is whether the posted property could exert moral suasion on the defendant to secure his attendance. With all due respect, it's not clear how the proposed substitute property at 531/533 Camino Del Mar—which is owned by KSMP and therefore under the control of Robbin Itkin as KSMP's Responsible Individual and which appears to be heavily indebted—could practically be used a secured property or be sufficient to disincentivize and mitigate the risk of flight. That said, we continue to be open to other substitute properties.

Please send over the proposed briefing schedule stip/PO.

Thanks,
Christoffer

---

**From:** Frentzen, William <WFrentzen@mofo.com>
**Sent:** Tuesday, June 24, 2025 4:28 PM
**To:** Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov>; Randy Sue Pollock <rsp@rspollocklaw.com>
**Cc:** Bhagat, Nikhil (USACAN) <Nikhil.Bhagat@usdoj.gov>; Komorowski, Michael <MKomorowski@mofo.com>
**Subject:** [EXTERNAL] RE: Mattson Bond

Christoffer, you have indicated you believe our Sixth Amendment motion should go to Judge Tigar. Our research is that similar motions have gone to the District Court as well. Our proposal is that we file a joint stipulation with the Court that the parties will submit briefing to Judge Tigar with a proposed briefing schedule (e.g., 2 weeks for your opposition and 1 week to reply).

Because of your apparent unwillingness to accept any substitute property, we are prepared to file and demand the necessary hearing tomorrow.

If you are agreeable, we will send you a draft stipulation and proposed briefing schedule.

Of course, alternatively we believe we can avoid this issue by simply posting a substitute asset – or by agreeing that $800,000 is sufficient security – and we may be able to avoid this issue altogether.

Please let us know asap. I'm also happy to jump on a call if that is better.

Thanks, WF.

**From:** Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov>
**Sent:** Tuesday, June 24, 2025 1:43 PM
**To:** Randy Sue Pollock <rsp@rspollocklaw.com>
**Cc:** Bhagat, Nikhil (USACAN) <Nikhil.Bhagat@usdoj.gov>; Frentzen, William <WFrentzen@mofo.com>
**Subject:** RE: Mattson Bond

<mark>External Email</mark>

Hi Randy Sue,

Upon looking into this more, it appears 531 and 533 Camino Del Mar are encumbered by a $6 million loan (perhaps cross-collateralized with 1716 Ocean Front, which is subject to forfeiture). See AXOS-00006427 attached (produced June 9, 2025) and screenshots below.

## DEED OF TRUST

MIN: 1007359-0003405320-8                                MERS Phone: 888-679-6377

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated JUNE 28, 2018, together with all Riders to this document.
(B) "Borrower" is K S MATTSON PARTNERS, LP, A CALIFORNIA LIMITED PARTNERSHIP BORROWER'S ADDRESS IS PO BOX 5490, VACAVILLE, CALIFORNIA 95696.

Borrower is the trustor under this Security Instrument.
(C) "Lender" is BOFI FEDERAL BANK

Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F) "Note" means the promissory note signed by Borrower and dated JUNE 28, 2018. The Note states that Borrower owes Lender SIX MILLION AND 00/100 Dollars (U.S. $ 6,000,000.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than JULY 1, 2048.
(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

2

**TRANSFER OF RIGHTS IN THE PROPERTY**

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the COUNTY of SAN DIEGO

[Type of Recording Jurisdiction]    [Name of Recording Jurisdiction]

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".
A.P.N.: 299-232-09-00
COLLATERAL A.P.N.: 300-331-1402
COLLATERAL A.P.N.: 300-331-1401

which currently has the address of

1716 OCEAN FRONT, DEL MAR, CALIFORNIA 92014    ("Property Address"):
531 CAMINO DEL MAR, DEL MAR, CALIFORNIA 92014    ("Collateral Address"):
533 CAMINO DEL MAR, DEL MAR, CALIFORNIA 92014    ("Collateral Address"):

[Street]    [City]    [Zip Code]

TOGETHER WITH all the improvements

---

**From:** Randy Sue Pollock <rsp@rspollocklaw.com>
**Sent:** Monday, June 23, 2025 4:01 PM
**To:** Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov>
**Cc:** Bhagat, Nikhil (USACAN) <Nikhil.Bhagat@usdoj.gov>; William Frentzen <wfrentzen@mofo.com>
**Subject:** [EXTERNAL] Re: Mattson Bond

There's one loan on the duplex for $1.2m


Randy Sue Pollock
Attorney at Law
286 Santa Clara Avenue
Oakland, CA 94610
T:  510-763-9967
F:  510-380-6551
C:  510-703-3370
www.rspollocklaw.com

Sent from my iPhone…

Please excuse autocorrect non sequiturs and typos

3

On Jun 23, 2025, at 6:57 PM, Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov> wrote:

I think you mentioned those were Zillow estimates.  Do you know if the properties are encumbered or if there is that much equity available?

**From:** Randy Sue Pollock <rsp@rspollocklaw.com>
**Sent:** Monday, June 23, 2025 3:54 PM
**To:** Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov>
**Cc:** Bhagat, Nikhil (USACAN) <Nikhil.Bhagat@usdoj.gov>; William Frentzen <wfrentzen@mofo.com>
**Subject:** [EXTERNAL] Re: Mattson Bond

In my email Thursday I think I said one is $2.5 and one is a little over $1.

Randy Sue Pollock
Attorney at Law
286 Santa Clara Avenue
Oakland, CA 94610
T:  510-763-9967
F:  510-380-6551
C:  510-703-3370
www.rspollocklaw.com

Sent from my iPhone…

Please excuse autocorrect non sequiturs and typos

> On Jun 23, 2025, at 6:45 PM, Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov> wrote:
>
> Hi Randy Sue,
>
> For the substitute properties you proposed, 531 and 533 Camino Del Mar, do you know how much equity is in each?
>
> My sense is that Judge Tigar is probably the correct court for motion practice and a hearing.
>
> Thanks,
> Christoffer

4

**From:** Randy Sue Pollock <rsp@rspollocklaw.com>
**Sent:** Monday, June 23, 2025 2:08 PM
**To:** Lee, Christoffer (USACAN) <Christoffer.Lee@usdoj.gov>; Bhagat, Nikhil (USACAN) <Nikhil.Bhagat@usdoj.gov>; William Frentzen <WFrentzen@mofo.com>
**Subject:** [EXTERNAL] Mattson Bond

Christoffer and Nikhil
Any decision about the substitute properties I proposed last week?
Also any thoughts on whether this goes to Tigar or Alex for hearing if we go that route.

Rsp


Randy Sue Pollock
Attorney at Law
286 Santa Clara Avenue
Oakland, CA 94610
T: 510-763-9967
F: 510-380-6551
C: 510-703-3370
www.rspollocklaw.com

Sent from my iPhone...

Please excuse autocorrect non sequiturs and typos


==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.