RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENNETH MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH MATTSON,<br><br>Defendant. | Case No. CR. 25-126-JST-AT<br><br>**STIPULATION TO MODIFY RELEASE BOND TO PERMIT OUT OF DISTRICT TRAVEL**<br>_____ |

    Defendant KENNETH MATTSON, by and through his counsel of record Randy Sue Pollock, requests that Mr. Mattson's bond be modified to permit his travel to the Eastern District of California, specifically Fresno, from July 24-27, 2025. Brad Wilson from the Office of Pretrial Services has no objection. Mr. Mattson will provide his itinerary to Pretrial Services prior to the trip.

Date: July 19, 2025                                  _____/s/_____
                                                                     RANDY SUE POLLOCK
                                                                     Counsel for Defendant KENNETH MATTSON

Date: July 19, 2025                                      _____/s/_____
                                                         CHRISTOFFER LEE
                                                         NIKHIL BHAGAT
                                                         Assistant United States Attorneys


PURSUANT TO STIPULATION OF THE PARTIES IT IS SO ORDERED:

Date: July____, 2025                                     _____
                                                         HONORABLE ALEX G. TSE

*Stipulation and Proposed Order to Extend Date to File Reply Brief*
*United States v. Mattson, CR. 25-126-JST*