UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON,<br><br>Defendant. | Case No. 4:25-cr-00126-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR A HEARING ON DEFENDANT'S MOTION TO MODIFY PRE-TRIAL ASSET RESTRAINT**<br><br>Judge:  Hon. Jon S. Tigar<br>Ctrm:   6 – 2nd Floor<br><br>Indictment Filed: May 13, 2025<br>Trial Date:       None set |

1 **[PROPOSED] ORDER**

2   Defendant Kenneth W. Mattson has moved the Court to re-calendar the hearing date for

3 Mr. Mattson's Motion to Modify Pre-Trial Asset Restraint imposed against his real property.  In

4 light of Mr. Mattson's Supplemental Declaration and Motion for a Hearing on Defendant's

5 Motion to Modify Pre-Trial Asset Restraint:

6   IT IS HEREBY ORDERED that Defendant Mattson's Motion for a Hearing is

7 GRANTED, and the parties are ORDERED to appear on August __, 2025 at _____ for an

8 evidentiary hearing.

9   IT IS FURTHER ORDERED that the United States shall be required to present evidence

10 supporting its allegations regarding the tainted nature of Mr. Mattson's restrained properties.

11   **IT IS SO ORDERED.**

12

13 Dated: _____

14                                                                     The Honorable Jon S. Tigar
                                                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOT. FOR HEARING    1    CASE NO.: 4:25-cr-00126-JST