UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH W. MATTSON,<br><br>  Defendant. | Case No. 25-cr-00126-JST-1<br><br>**ORDER SETTING DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR HEARING**<br><br>Re: ECF No. 70 |

The government shall file a response to Defendant Kenneth W. Mattson's renewed motion to modify pretrial asset restraint, ECF No. 70, no later than August 6, 2025.  The Court will determine whether to grant Mattson's request for a hearing on that motion after reading the government's response.  If the Court grants Mattson's request for a hearing, the hearing is likely to be scheduled for August 19, 2025, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  July 31, 2025



JON S. TIGAR
United States District Judge