UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. MATTSON,<br><br>Defendant. | Case No. 4:25-cr-00126-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL<br><br>Judge: Hon. Jon S. Tigar<br>Ctrm:  6 – 2nd Floor<br><br>Indictment Filed: May 13, 2025<br>Trial Date:          None set |

# [PROPOSED] ORDER

Before the Court is Defendant Kenneth W. Mattson's Administrative Motion to Seal. Having considered all papers filed in connection with this motion, the arguments of counsel, the pleadings and papers filed in this action, and all other matters properly before the Court, and good cause appearing, the Court hereby GRANTS the subject motion as indicated in the table below:

| Document | Basis for Sealing | Ruling |
| --- | --- | --- |
| **Exhibit A** to the Declaration of Randy Sue Pollock in Support of Emergency Ex Parte Motion | Designated as confidential client information pursuant to Cal. Rules of Prof'l Conduct R. 1.6; Cal. Bus. & Prof. Code § 6068 (e)(1) and confidential business information. | |

IT IS SO ORDERED.

Dated:   August 11, 2025

_____
The Honorable Jon S. Tigar
United States District Judge