UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 6 minutes |
| Date: | August 22, 2025 | | |
| Case No.: | **4:25-cr-00126-JST-1** | | |

**United States of America**          v.          **Kenneth W. Mattson**

                                                  Defendant
                                                  ☑ Present
                                                  ☐ Not Present
                                                  ☐ In Custody

| | |
|---|---|
| Christoffer Lee;<br>Nikhil Bhagat<br>U.S. Attorney | Randy Sue Pollack<br>Defense Counsel |
| Courtroom Deputy Clerk: Dianna Shoblo | Court Reporter: Cathy Taylor<br>via zoom |

*PROCEEDINGS*

Status Conference – Held.

*RESULT OF HEARING*

1. Discovery continues to be ongoing. Parties are advised to meet and confer regarding the Government's oral request to stream future status conferences over zoom, and to submit the applicable rules regarding the request.
2. Further Status Conference set for 11/14/2025 at 9:30 AM in Courtroom 6, 2nd floor, in Oakland.
3. Time is excluded from 08/22/2025 to 11/14/2025 for effective preparation of counsel. The Government is to prepare a proposed order.