CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH MATTSON, <br><br> Defendant. | CASE NO. CR 25-0126 JST <br><br> UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

    The United States of America, by and through Craig H. Missakian, United States Attorney for the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

    The indictment in the above-captioned case seeks forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C), 18 USC § 982(a)(1), and 28 U.S.C. § 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853. The United States hereby provides further notice that, pursuant to the Indictment's forfeiture allegations, the United States seeks forfeiture of the following properties:

- Real Property located at 62 Farragut Avenue, Piedmont, California 94610 (APNs: 051-4786-007 and 051-4786-008);

- Real Property located at 1836 Ocean Front, Del Mar, California 92014 (APN: 299-147-05-00);

- Real Property located at 1716 Ocean Front, Del Mar, California 92014 (APN: 299-232-09-00); and

- Real Property located at 476 W. Spain Street, Sonoma, California 95476 (APN: 018-111-032-000).

DATED: 8/25/2025　　　　　　　　　　　　Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney