CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-0126 JST |
| Plaintiff, | RECORDED NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 476 W. SPAIN STREET, SONOMA, CALIFORNIA 95476 (APN: 018-111-032-000) |
| v. | |
| KENNETH MATTSON, | |
| Defendant. | |

       The United States hereby submits the attached Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 476 W. Spain Street, Sonoma, California 95476 (APN 018-111-032-000).

                                 Respectfully submitted,

                                 CRAIG H. MISSAKIAN
                                 United States Attorney

Dated: August 26, 2025

                          _____/S/_____
                                 DAVID B. COUNTRYMAN
                                 Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee in the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she caused a copy of

- Recorded Notice of Pendency of Action as to Real Property and Improvements located at 476 W. Spain Street, Sonoma, California 95476

to be served this date via United States certified mail and first class mail delivery upon the person(s)

below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Hannah Mattson<br>476 W. Spain Street<br>Sonoma, CA 95476 | Guaranteed Rate, Inc.<br>4410 N. Ravenswood Avenue<br>Chicago, IL 60640 |
| Hannah Mattson<br>969 Rachael Rd<br>Sonoma, CA 95476 | |

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge.

Executed this 26th day of August, 2025 at San Francisco, California

_____/S/_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

RECORDED NOTICE OF LIS PENDENS 476 W SPAIN STREET
CR 25-0126 JST

<table>
<tr><td>

**RECORDING REQUESTED BY:**

UNITED STATES ATTORNEY'S OFFICE

**WHEN RECORDED PLEASE MAIL TO:**
AUSA DAVID B. COUNTRYMAN
UNITED STATES ATTORNEY'S OFFICE
450 GOLDEN GATE AVENUE, BOX 36055
SAN FRANCISCO, CA 94102
ATTN: ASSET FORFEITURE UNIT

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE)

</td><td>

**This document was electronically submitted
to the County of Sonoma for recording**

## 2025040562

Official Records of Sonoma County
Deva Marie Proto
08/26/2025 08:15 AM
U.S. ATTORNEY'S OFFICE - CAN - NORTHERN DIST

NTA 9 Pgs

Fee: $38.00



</td></tr>
</table>

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED
AT 476 W. SPAIN STREET, SONOMA, CALIFORNIA 95476

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

     450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
     Telephone: 415.436.7303
     Fax: 415.436.7234
     Email: david.countryman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-0126 JST |
| Plaintiff, | NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 476 W. SPAIN STREET, SONOMA, CALIFORNIA 95476 (APN: 018-111-032-000) |
| v. | |
| KENNETH MATTSON, | |
| Defendant. | Owner of Record: Hannah Mattson |

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to an Indictment and United States' Bill of Particulars for Forfeiture of Property, a copy of which is attached hereto as Exhibit A, filed by the United States of America on August 25, 2025, to secure judicial forfeiture of real property and improvements located at 476 W. Spain Street, Sonoma, California 95476 situated in Sonoma County, State of California and further described in Exhibit B, which is attached hereto.

//

Notice of Lis Pendens at 476 W. Spain Street
CR 25-0126 JST                      1

1    The United States' Bill of Particulars for Forfeiture of Property alleges that the real property

2   located at 476 W. Spain Street, Sonoma, California 95476 (APN 018-111-032-000) is subject to

3   forfeiture to the United States of America pursuant to Title 18, United States Code, Sections

4   981(a)(1)(C), 982(a)(1), and Title 28, United States Code, Section 2461(c).

5        The owner of record to the said real property is Hannah Mattson.

6

7   DATED: August 25, 2025                    Respectfully submitted,

8                                             CRAIG H, MISSAKIAN
                                              United States Attorney
9

10

11                                            DAVID B. COUNTRYMAN
                                              Assistant United States Attorney
12   .

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she caused a copy of

- Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements
  located at 476 W. Spain Street, Sonoma, California 95476

to be served this date via United States Certified Mail delivery and First-Class Mail delivery upon the

person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Hannah Mattson<br>476 W. Spain Street<br>Sonoma, CA 95476 | Guaranteed Rate, Inc.<br>4410 N. Ravenswood Avenue<br>Chicago, IL 60640 |

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August 2025, at San Francisco, California

CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

Notice of Lis Pendens at 476 W. Spain Street
CR 25-0126 JST                                    3

Exhibit A

1 CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2
MARTHA BOERSCH (CABN 126569)
3 Chief, Criminal Division

4 DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
7    FAX: (415) 436-7234
    David.countryman@usdoj.gov
8
Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,               )  CASE NO. CR 25-0126 JST
                                           )
14         Plaintiff,                       )  UNITED STATES' BILL OF PARTICULARS FOR
                                           )  FORFEITURE OF PROPERTY
15     v.                                   )
                                           )
16 KENNETH MATTSON,                         )
                                           )
17         Defendant.                       )
                                           )
18

19     The United States of America, by and through Craig H. Missakian, United States Attorney for

20 the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby

21 files the following Bill of Particulars for Forfeiture of Property.

22     The indictment in the above-captioned case seeks forfeiture of property pursuant to 18 U.S.C. §

23 981(a)(1)(C), 18 USC § 982(a)(1), and 28 U.S.C. § 2461(c) and the procedures outlined in Rule 32.2 of

24 the Federal Rules of Criminal Procedure and 21 U.S.C. § 853. The United States hereby provides

25 further notice that, pursuant to the Indictment's forfeiture allegations, the United States seeks forfeiture

26 of the following properties:

27     • Real Property located at 62 Farragut Avenue, Piedmont, California 94610

28         (APNs: 051-4786-007 and 051-4786-008);

- Real Property located at 1836 Ocean Front, Del Mar, California 92014 (APN: 299-147-05-00);
- Real Property located at 1716 Ocean Front, Del Mar, California 92014 (APN: 299-232-09-00); and
- Real Property located at 476 W. Spain Street, Sonoma, California 95476 (APN: 018-111-032-000).

DATED:  8/25/2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

Exhibit B

**LEGAL DESCRIPTION**

Real property in the unincorporated area of the County of Sonoma, State of California, described as follows:

BEGINNING AT THE SOUTHWESTERLY CORNER OF LOT 1, AS NUMBERED AND DESIGNATED UPON A MAP ENTITLED "HARASZTHY TRACT", NEAR SONOMA, COUNTY OF SONOMA, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SONOMA ON MAY 21, 1896 IN BOOK 11 OF MAPS, PAGE 10, SONOMA COUNTY RECORDS; THENCE SOUTH 82º 52' EAST 25 FEET TO A 3/4" IRON PIPE MONUMENT AT THE NORTHEASTERLY CORNER OF FIFTH STREET WEST AND SPAIN STREETS; THENCE SOUTH 82º 15' EAST ALONG THE NORTHERLY LINE OF SPAIN STREET A DISTANCE OF 150.6 FEET TO THE TRUE POINT OF BEGINNING OF THE PARCEL OF LAND TO BE HEREIN DESCRIBED; THENCE FROM SAID TRUE POINT OF BEGINNING CONTINUING SOUTH 82º 15' EAST A DISTANCE OF 50.6 FEET; THENCE NORTH 7º 22' EAST A DISTANCE EAST A DISTANCE OF 100 FEET; THENCE NORTH 82º 15' WEST A DISTANCE OF 50.26 FEET; THENCE SOUTHWESTERLY IN A DIRECT LINE TO THE TRUE POINT OF BEGINNING.

APN: **018-111-032-000**