1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTOFFER LEE (CABN 280360)
   NIKHIL BHAGAT (CABN 279892)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      christoffer.lee@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           ) No. CR-25-00126 JST
14                                     )
         Plaintiff,                    ) NOTICE OF CHANGE OF COUNSEL
15                                     )
      v.                               )
16                                     )
   KENNETH W. MATTSON,                 )
17                                     )
         Defendant.                    )
18 _____)

19
       The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the
20
   Court that Assistant United States Attorney Christoffer Lee no longer appears in the above-captioned
21
   matter. Future ECF notices should be sent to Assistant United States Attorney Nikhil Bhagat, who
22
   remains counsel of record for the United States.
23
   DATED: August 29, 2025                              Respectfully submitted,
24
                                                       CRAIG H. MISSAKIAN
25                                                     United States Attorney

26
                                                       /s/ Christoffer Lee
27                                                     CHRISTOFFER LEE
                                                       Assistant United States Attorney
28