CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-00126 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

## STIPULATION

1. On July 29, 2025, the Court issued an order denying the defendant's motion to modify pretrial asset restraint. ECF No. 68. With respect to 210 La Salle Avenue ("the Property"), the Court directed that "[a]ny requests for modification to the conditions of pretrial release shall be brought to the magistrate judge in the first instance." *Id.* at 6.

2. On September 30, 2025, the defendant filed a motion to modify his conditions of release, seeking to remove the requirement that he post the Property, in part on the basis that the defendant's "constitutional right to counsel is violated if this Court requires the residence at La Salle to be posted for bond." ECF No. 89 at 3.

3. On October 1, 2025, the Magistrate Judge held a hearing on the motion. At the hearing,

1  the Magistrate Judge denied the motion to modify conditions of release but advised the parties that he
2  was abstaining from the issue of whether posting the Property would violate the defendant's Sixth
3  Amendment rights.

4    4.    The defendant now desires to come before the district court to seek a ruling on whether
5  requiring him to post the Property would violate his constitutional right to counsel.

6    5.    The defendant and the defendant's spouse agree that they will not take any action to
7  alienate the Property prior to the district court's ruling on the defendant's motion.

8    6.    The parties agree to the following schedule for the filing of the motion:

| | |
|---|---|
| Defendant's Opening Brief Due: | October 20, 2025 |
| Government's Response Due: | November 3, 2025 |
| Defendant's (Optional) Reply Due: | November 10, 2025 |
| Hearing (if necessary): | November 14, 2025 |

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED: October 9, 2025

       /s/
NIKHIL BHAGAT
Assistant United States Attorney

DATED: October 9, 2025

       /s/
RANDY SUE POLLOCK
Counsel for Defendant
Kenneth W. Mattson and Interested Party
Stacy Mattson

**[PROPOSED] ORDER**

The Court has reviewed the parties' stipulation, and for good cause shown, hereby adopts the stipulation as the order of the Court.

IT IS SO ORDERED.

DATED: _____

                                                  HON. JON S. TIGAR
                                                  United States District Judge