RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-00126-JST-1 |
| Plaintiff, | |
| vs. | **DEFENDANT KENNETH W.** |
| | **MATTSON'S MOTION FOR LEAVE TO** |
| | **FILE EXHIBITS TO RENEWED** |
| | **MOTION TO MODIFY PRETRIAL** |
| KENNETH W. MATTSON. | **RESTRAINT OF UNTAINTED ASSET;** |
| | **DECLARATION OF COUNSEL;** |
| Defendant | ~~PROPOSED~~ **ORDER** |
| | |
| | **Hearing Date: November 21, 2025** |
| | **Hearing Time: 9:30 a.m.** |

Defendant Kenneth Mattson, by and through his counsel of record Randy Sue Pollock, hereby Moves to file additional exhibits to his Motion to Modify Pretrial Restraint of Untainted Asset motion. This request is based on the following declaration of counsel.

Date: November 3, 2025                                      Respectfully submitted,


                                                            /s/
                                                            RANDY SUE POLLOCK
                                                            Counsel for Kenneth W. Mattson

---

*MOTION FOR LEAVE TO FILE EXHIBITS TO RENEWED MOTION TO MODIFY PRETRIAL RESTRAINT OF UNTAINTED ASSET;DECLARATION OF COUNSEL; PROPOSED ORDER*
UNITED STATES VS. KENNETH W. MATTSON Case No. 25-cr-00126-JST-1

1

# DECLARATION OF COUNSEL

I, Randy Sue Pollock, declare and state as follows:

1. On October 20, 2025, I filed an administrative motion to seal two exhibits which were referenced in the Renewed Motion to Modify Pretrial Restraint of Untainted Asset which was filed on October 20th. Dkt. 99.
2. The Court issued an Order on October 24th denying counsel's administrative motion. Dkt 103 SEALED.
3. The Order stated that counsel must file the documents within seven days from the date of the Order for the exhibits to be considered by the Court.
4. The envelope in which the Order was mailed to counsel had the date of October 27th.
5. Counsel was out of town from October 30 to November 2, 2025, when this Order arrived.
6. Counsel read this Order on November 3rd when she returned to her office.
7. Given the delay in the mail, counsel respectfully requests leave to file the exhibits now.
8. These exhibits will be labeled **Exhibit B** (counsel's declaration) and **Exhibit C** (defendant's declaration).

I declare under penalty of perjury that the above is true and correct.

Date: November 3, 2025                                /s/_____
                                                                     RANDY SUE POLLOCK
                                                                     Counsel for Kenneth Mattson

*MOTION FOR LEAVE TO FILE EXHIBITS TO RENEWED MOTION TO MODIFY PRETRIAL RESTRAINT OF UNTAINTED ASSET;DECLARATION OF COUNSEL; PROPOSED ORDER*
UNITED STATES VS. KENNETH W. MATTSON Case No. 25-cr-00126-JST-1

2

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>KENNETH W. MATTSON. )<br>)<br>Defendant ) | Case No. 25-cr-00126-JST-1<br><br>[PROPOSED] ORDER RE. MOTION FOR LEAVE TO FILE EXHIBITS PURSUANT TO DKT. 103 SEALED |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that counsel's request to file exhibits pursuant to the Order in Dkt. 103 SEALED is GRANTED/DENIED.

Date: November  4 , 2025

_____
HONORABLE JON S. TIGAR
United States District Court Judge

*MOTION FOR LEAVE TO FILE EXHIBITS TO RENEWED MOTION TO MODIFY PRETRIAL RESTRAINT OF UNTAINTED ASSET;DECLARATION OF COUNSEL; PROPOSED ORDER*
UNITED STATES VS. KENNETH W. MATTSON Case No. 25-cr-00126-JST-1

1