RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENNETH MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. 25-126-JST-AT |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| KENNETH MATTSON, | _____ |
| Defendant. | |

    Defendant KENNETH MATTSON, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Nikhil Bhagat, request that the status conference presently set for November 14, 2025, be continued to November 21, 2025. There is a pending Renewed Motion To Modify Pretrial Restraint of Untainted Asset set for November 21st.

    It is accordingly proposed that the time period from November 14, 2025, through November 21, 2025, would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the

best interests of the public and of the defendant in a speedy trial. Additionally, under Section 3161(h)(7)(B)(iv), this time is excludable to allow for the effective preparation of counsel.

Date: November 9, 2025  _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant Kenneth Mattson

Date: November 9, 2025  _____/s/_____
NIKHIL BHAGAT
Assistant United States Attorneys

PURSUANT TO STIPULATION OF THE PARTIES IT IS SO ORDERED:

Date: November 12, 2025  _____
HONORABLE JON S. TIGAR
United States District Judge

*Stipulation and Proposed Order to Continue Status Conference*
*United States v. Mattson, CR. 25-126-JST*