CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-00126 JST |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON ANTICIPATED MOTION TO QUASH |
|     v. | |
| KENNETH W. MATTSON, | |
|     Defendant. | |

## **STIPULATION**

1. On or about October 17, 2025, the United States served on a third party a grand jury subpoena duces tecum.

2. Defendant Kenneth W. Mattson intends to file a motion to quash this subpoena.[1]

3. Counsel for the third party, the defendant, and the government have conferred regarding an orderly schedule for litigating Mattson's anticipated motion.

4. Having done so, the parties agree to the following schedule:

    Motion to Quash Due:                 November 14, 2025

---

[1] In agreeing to this scheduling stipulation, the government takes no position as to the defendant's standing to challenge a subpoena to a third party.

STIPULATION TO SET BRIEFING SCHEDULE & [PROPOSED] ORDER
Case No. 4:25-CR-00126 JST

|   |   |
|---|---|
| Government's Response Due: | November 28, 2025 |
| Defendant's (Optional) Reply Due: | December 5, 2025 |
| Hearing (if necessary): | December 12, 2025 |

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED: November 14, 2025

/s/
NIKHIL BHAGAT
Assistant United States Attorney

DATED: November 14, 2025

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Kenneth W. Mattson

## [PROPOSED] ORDER

For good cause shown, the Court sets the following briefing schedule:

|   |   |
|---|---|
| Motion to Quash Due: | November 14, 2025 |
| Government's Response Due: | November 28, 2025 |
| Defendant's (Optional) Reply Due: | December 5, 2025 |
| Hearing (if necessary): | December 12, 2025 at 9:30 a.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HON. JON S. TIGAR
United States District Judge

STIPULATION TO SET BRIEFING SCHEDULE & [PROPOSED] ORDER
Case No. 4:25-CR-00126 JST