# EXHIBIT B

# UNITED STATES DISTRICT COURT
for the

Northern District of California

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

TO:   Fennemore Wendel/Fennemore Craig, P.C.
      1111 Broadway, 24th Floor
      Oakland, CA 94607

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Grand Jury Room A - 17th Floor | Date and Time:<br><br>November 18, 2025 9:30 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please see Attachment.

Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the information requested is sent to the agent listed below on or before the date listed above.

Date:   10/16/2025



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

| This subpoena is issued on application of the United States of America | AUSA Nikhil Bhagat<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102 | |
| CRAIG H. MISSAKIAN<br>United States Attorney | (415) 436-7200<br>USAO No. 2024R00622-108 | |

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO GRAND JURY SUBPOENA

Fennemore Wendel / Fennemore Craig, P.C.
1111 Broadway, 24th Floor
Oakland, CA 94607

To the extent the following information, documents, and/or tangible objects are in your possession, custody, or control, please provide:

1. Any and all digital files you received from Kenneth W. Mattson ("Mr. Mattson") on May 22, 2024, or any copies or digital forensic images thereof.

2. Billing records related to Fennemore's representation of Mr. Mattson for work that took place on May 22, 2024 sufficient to identify persons involved with or who have knowledge of the creation of any forensic image of or any files provided by and/or transferred from any computer owned, controlled, or possessed by Mr. Mattson.

In lieu of personal appearance before the grand jury, you may provide the foregoing to:

Special Agent Rachael Grace
Federal Bureau of Investigation
450 Golden Gate Ave., 13th Floor
San Francisco, CA 94102
rgrace@fbi.gov

If you have any questions about this subpoena, please contact the Assistant United States Attorney whose name appears on the face of this subpoena.