1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234

8  Attorneys for United States of America

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                    OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,              )  NO. 4:25-CR-00126 JST
13                                        )
            Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER
14                                        )  SETTING BRIEFING SCHEDULE ON
      v.                                  )  ANTICIPATED MOTION TO QUASH
15                                        )
   KENNETH W. MATTSON,                    )
16                                        )
            Defendant.                    )
17                                        )

18
                                     **STIPULATION**
19
        1.    On or about October 17, 2025, the United States served on a third party a grand jury
20
   subpoena duces tecum.
21
        2.    Defendant Kenneth W. Mattson intends to file a motion to quash this subpoena.[1]
22
        3.    Counsel for the third party, the defendant, and the government have conferred regarding
23
   an orderly schedule for litigating Mattson's anticipated motion.
24
        4.    Having done so, the parties agree to the following schedule:
25
             Motion to Quash Due:              November 14, 2025
26

27
   ---
28     [1] In agreeing to this scheduling stipulation, the government takes no position as to the
   defendant's standing to challenge a subpoena to a third party.
   STIPULATION TO SET BRIEFING SCHEDULE & [PROPOSED] ORDER
   Case No. 4:25-CR-00126 JST

|   |   |
|---|---|
| Government's Response Due: | November 28, 2025 |
| Defendant's (Optional) Reply Due: | December 5, 2025 |
| Hearing (if necessary): | December 12, 2025 |

IT IS SO STIPULATED.

                                                              CRAIG H. MISSAKIAN
                                                              United States Attorney

DATED: November 14, 2025                       /s/
                                                              NIKHIL BHAGAT
                                                              Assistant United States Attorney

DATED: November 14, 2025                       /s/
                                                             RANDY SUE POLLOCK
                                                              Counsel for Defendant
                                                              Kenneth W. Mattson

## [PROPOSED] ORDER

For good cause shown, the Court sets the following briefing schedule:

|   |   |
|---|---|
| Motion to Quash Due: | November 14, 2025 |
| Government's Response Due: | November 28, 2025 |
| Defendant's (Optional) Reply Due: | December 5, 2025 |
| Hearing (if necessary): | December ~~12~~ 19, 2025 at 9:30 a.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified.

DATED: November 17, 2025                                                HON. JON S. TIGAR
                                                                United States District Judge