1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-7200
         FAX: (415) 436-7234
7
8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,            )   NO. CR25-00126 JST
13                                       )
          Plaintiff,                     )   [PROPOSED] ORDER EXLCUDING TIME FROM
14                                       )   NOVEMBER 21, 2025 THROUGH AND
      v.                                 )   INCLUDING JANUARY 23, 2026
15                                       )
   KENNETH W. MATTSON,                   )
16                                       )
          Defendant.                     )
17  _____ )

18
19        For the reasons stated on the record during the status conference on November 21, 2025,

20  including that defense counsel needs additional time to review the government's discovery productions

21  thus far and to consult with her client, and pursuant to the agreement of the parties, the Court determines

22  that time should be excluded under the Speedy Trial Act so that defense counsel may continue to

23  prepare, including by reviewing the discovery. An exclusion of time will allow for the effective

24  preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

25        For these reasons and those stated on the record, the Court FINDS that the ends of justice served

26  by excluding the time from November 21, 2025 through and including January 23, 2026 from

27  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

28  speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST

1    The Court further FINDS that failing to exclude the time from November 21, 2025 through and

2  including January 23, 2026 would unreasonably deny defense counsel and the defendant the reasonable

3  time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

4  3161(h)(7)(B)(iv).

5    For the foregoing reasons, and with the consent of the parties, IT IS HEREBY ORDERED that

6  the time from November 21, 2025 through and including January 23, 2026 shall be excluded from

7  computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8    IT IS SO ORDERED.

9

10  DATED: _____

HON. JON S. TIGAR
11                                                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST