RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 25-126-JST |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | NOTICE OF APPEAL |
| ) | |
| KENNETH W. MATTSON, ) | |
| Defendant ) | |
| ) | |
| ) | |

NOTICE IS HEREBY GIVEN that Kenneth W. Mattson, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order and ruling entered on November 25, 2025, denying his Motion to Modify Pretrial Restraint (Dk.t 122).

Date: December 6, 2025                    Respectfully submitted,

/s/*RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for Kenneth W. Mattson

---

*NOTICE OF APPEAL*
UNITED STATES VS. KENNTH W. MATTSON, CR. 25-126-JST