CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH W. MATTSON,<br><br>    Defendant. | Case No. 4:25-CR-126 JST (AGT)<br><br>**SUPPLEMENTAL NOTICE OF FILING OF VICTIM STATEMENTS RELATED TO DEFENDANT'S RENEWED MOTION TO MODIFY BOND**<br><br>Hearing Date:  December 10, 2025<br>Hearing Time: 11:00 a.m.<br>Before: Hon. Alex G. Tse |

1  The Crime Victims' Rights Act provides victims the right to be reasonably heard at any public
2  proceeding in the district court involving release.  18 U.S.C. § 3771(a)(4).
3  Consistent with that right, the United States respectfully submits the attached 64 additional
4  victim statements for the Court's consideration in advance of the hearing currently scheduled for
5  December 10, 2025.  *See* Attachment B (filed provisionally under seal).
6  These statements are submitted in addition to the nine statements filed yesterday (ECF No. 133).
7  The number of written statements submitted by victims for the Court's consideration currently totals
8  73.[1]
9  The United States also respectfully seeks leave to supplement this filing with any statements it
10  receives after this filing.

11 DATED: December 9, 2025                    Respectfully submitted,

12                                                              CRAIG H. MISSAKIAN
                                                                United States Attorney
13

14                                                              */s/ Nikhil Bhagat*

15                                                              ─────────────────────
                                                                NIKHIL BHAGAT
16                                                              Assistant United States Attorney

---

[1] One victim has submitted two statements.