| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | NIKHIL BHAGAT (CABN 279892)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7193
FAX: (415) 436-6982
nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:25-CR-126 JST (AGT) |
| Plaintiff, | ) | **[PROPOSED] ORDER DENYING** |
|  | ) | **DEFENDANT'S RENEWED MOTION TO** |
| v. | ) | **MODIFY BOND; [PROPOSED] ORDER** |
|  | ) | **APPOINTING CJA COUNSEL** |
| KENNETH W. MATTSON, | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

(Note: "[PROPOSED]" appears struck through in both places in the title.)

THIS MATTER is before the Court on the Defendant's Renewed Motion to Modify Bond (ECF No. 128). The Court has considered the motion, the government's response (ECF No. 132), and the defendant's reply (ECF No. 136), and held a motion hearing on December 10, 2025. For the reasons stated on the record, the Court finds as follows:

1. On May 28, 2025, Defendant Kenneth W. Mattson was released on a pretrial release bond that included a condition that the property at 210 La Salle in Piedmont be posted with the Clerk of Court by June 11, 2025. ECF No. 23.

2. The Court held a hearing on June 11, 2025, at which counsel for the defendant represented that he wished to raise a Sixth Amendment issue with respect to posting the 210 La Salle

property, and the Court agreed not to enforce the condition regarding the posting of the property until the Sixth Amendment issue had been briefed.

3. Thereafter, the Court issued a superseding bond. ECF No. 37.

4. The parties stipulated to have the Sixth Amendment issue resolved by the district court. ECF Nos. 43, 45.

5. On July 29, 2025, the district court denied the defendant's "motion to modify pretrial asset restraint." ECF No. 68.

6. On August 13, 2025, the district court denied the defendant's renewed "motion to modify pretrial asset restraint." ECF No. 78.

7. On September 30, 2025, the defendant returned to this Court with a motion to modify conditions of bond. ECF No. 89.

8. On October 1, 2025, the Court held a hearing and denied the motion. ECF No. 92. At that time, it concluded that "[t]he portion of the bond which requires posting of the property located at 210 LaSalle shall be enforceable when the 6th amendment issue has been resolved." *Id.*

9. On October 20, 2025, the defendant brought a "renewed motion to modify pretrial restraint of untainted asset" before the district court. ECF No. 100. The district court denied that motion on November 25, 2025. ECF No. 122.

10. On December 4, 2025, the defendant filed a renewed motion again requesting that 210 La Salle be removed as a condition of bond. ECF No. 128.

11. The Sixth Amendment issue has been resolved.

12. The terms and conditions of the superseding bond (ECF No. 37) remain in full force and effect.

13. The defendant is "financially unable to obtain adequate representation" as contemplated by the Criminal Justice Act.

For the foregoing reasons and those stated on the record,

IT IS HEREBY ORDERED that defendant Kenneth W. Mattson's Renewed Motion to Modify Bond (ECF No. 128) is DENIED; and

IT IS FURTHER ORDERED that on or before December 12, 2025, at 5:00 p.m. Pacific, the

defendant must be in full compliance with the terms of the bond, including the condition requiring the posting of 210 LaSalle Avenue, Piedmont, California with the Clerk of Court as completed by General Order No. 55;[1]

IT IS FURTHER ORDERED that a failure to comply with this Order will be deemed a violation of the defendant's terms and conditions of release, and the Court may issue a warrant for his arrest as contemplated by 18 U.S.C. § 3148;

IT IS FURTHER ORDERED that the defendant's oral motion for a stay of this order is DENIED; and

IT IS FINALLY ORDERED that from this date forward and until further Order of the Court, Randy Sue Pollock, Esq. is hereby appointed counsel for the defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A and General Order No. 2.

IT IS SO ORDERED.

Date:   December 11, 2025

HON. ALEX G. TSE
United States Magistrate Judge

---

[1] For the reasons set forth on the record, the Court waives the requirement of General Order 55 requiring the provision of valuation documents for the property.