RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 25-126-JST |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| KENNETH W. MATTSON, | ) | |
| Defendant | ) | |

NOTICE IS HEREBY GIVEN that Kenneth W. Mattson, defendant in the above-captioned case, hereby appeals from the Order denying Defendant's Renewed Motion to Modify Bond entered on December 11, 2025 (Dk.t 140) by Magistrate Judge Alex G. Tse.

Date: December 11, 2025                           Respectfully submitted,


                                                  /s/*RANDY SUE POLLOCK*
                                                  RANDY SUE POLLOCK
                                                  Counsel for Kenneth W. Mattson

---

*NOTICE OF APPEAL FROM DENIAL OF BAIL*
UNITED STATES VS. KENNTH W. MATTSON, CR. 25-126-JST