

## U.S. District Court

### California Northern - Oakland

Receipt Date: Dec 12, 2025 12:29PM

Stacy Mattson
210 La Salle Ave.
Piedmont, CA 94610

Rcpt. No: 411018695            Trans. Date: Dec 12, 2025 12:29PM            Cashier ID: #JM (3764)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 800 | Non Cash Collateral | DCAN425CR000126 /001<br>KENNETH W MATTSON<br>**FBO**: Kenneth W. Mattson | 1 | 0.00 | 0.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| NCC | Non-cash | | $0.00 |
| | | Total Due Prior to Payment: | $0.00 |
| | | Total Tendered: | $0.00 |
| | | Total Cash Received: | $0.00 |

**Comments**: CR-25-126-JST-1; DEED OF TRUST NO. 2025159020

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.