UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 2 minutes |
| Date: | December 19, 2025 | | |
| Case No.: | **4:25-cr-00126-JST-1** | | |

**United States of America**  v.  **Kenneth W. Mattson**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nikhil Bhagat
U.S. Attorney

Randy Sue Pollack
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Lee-Anne Shortridge

*PROCEEDINGS*

Motion Hearing – Held.

*RESULT OF HEARING*

1. Arguments heard from the parties. Court takes the motion under submission. Written order to be issued.