1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7193
7       FAX: (415) 436-6982
        nikhil.bhagat@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,           ) Case No. 4:25-CR-126 JST
13                                     )
        Plaintiff,                     ) **NOTICE OF FILING OF VICTIM**
14                                     ) **STATEMENTS WITH RESPECT TO**
      v.                               ) **DEFENDANT'S MOTION TO AMEND**
15                                     ) **CONDITIONS OF RELEASE**
   KENNETH W. MATTSON,                 )
16                                     ) Hearing Date: January 9, 2026
        Defendant.                     ) Hearing Time: 09:30 a.m.
17                                     ) Before: Hon. Jon S. Tigar
                                       )
18 _____ )

19

20

21

22

23

24

25

26

27

28

NOTICE OF VICTIM STMTS.                1
4:25-CR-126 JST

The Crime Victims' Rights Act provides victims the right to be reasonably heard at any public proceeding in the district court involving release. 18 U.S.C. § 3771(a)(4). *See also* ECF No. 152 at 14 (explaining victims' rights to be heard under CVRA) . Consistent with that right, the United States respectfully submits the attached victim statements for the Court's consideration in advance of the hearing currently scheduled for January 9, 2026. *See* Attachment A.

The United States also respectfully seeks leave to supplement this filing with any additional statements it receives prior to the hearing.[1]

DATED: January 5, 2026                    Respectfully submitted,

                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                          */s/ Nikhil Bhagat*

                                          _____
                                          NIKHIL BHAGAT
                                          Assistant United States Attorney

---

[1] As of this writing, two victims have indicated their desire to address the Court at the January 9, 2026 hearing. *See* ECF No. 152 at 14 & n.5 (describing victims' rights to address Court at a hearing of this type).