UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH W. MATTSON,<br><br>        Defendant. | Case No. 25-cr-00126-JST-1 (AGT)<br><br>**ORDER TO FILE CJA AFFIDAVIT** |

At the December 10, 2025, hearing, Randy Sue Pollock asked the Court to appoint her to represent Kenneth Mattson under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. To comply with the CJA, counsel is directed to have Mattson complete a CJA 23 Expanded Financial Affidavit (available here and on the Court's website). Counsel must file the completed affidavit, under seal, by January 23, 2026.

    **IT IS SO ORDERED.**

Dated: January 8, 2026

                                                             Alex G. Tse<br>                                                             United States Magistrate Judge