1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-6982
        nikhil.bhagat@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           )  Case No. 4:25-CR-126 JST
                                         )
14 |        Plaintiff,                   )  **NOTICE OF ERRATA RE UNITED STATES'**
                                         )  **RESPONSE IN OPPOSITION TO**
15 |   v.                                )  **DEFENDANT'S MOTION TO AMEND**
                                         )  **CONDITIONS OF RELEASE**
16 | KENNETH W. MATTSON,                 )
                                         )  Hearing Date: January 9, 2026
17 |        Defendant.                   )  Hearing Time: 09:30 a.m.
                                         )  Before: Hon. Jon S. Tigar
18                                       )
                                         )

19      On December 26, 2025, the United States filed a response to the defendant's motion to amend

20 conditions of release (ECF No. 152).  One sentence of that response read as follows: "And recent public

21 reporting suggests that Mattson continued to solicit investments for longer than previously known, as

22 late as August 2024, after the execution of a search warrant and long after he learned of civil and

23 criminal investigations." ECF No. 152 at 5:16–5:18.  In support of this assertion, the response cited to a

24 local news article that was published on December 25, 2025 and last updated on December 26, 2025 at

25 11:39 a.m. PST.  That article read, in part:

26      Prayer group members helped SJ cover two months of rent when things got really bad for her,
        she acknowledged. The San Leandro mom thinks she might be the last person who invested in
27      LeFever Mattson. Ken Mattson convinced her to get involved in August 2024 — after the FBI
        raid, and after at least five lawsuits had been filed against the company.
28

NOTICE OF ERRATA                                 1
4:25-CR-126 JST

*See* https://perma.cc/G2ML-KN9X.  The online version of the article has since been updated and as of this writing bears a "last updated" date of January 6, 2026 at 9:51 a.m. PST.  In the updated article, the above-described paragraph has been revised to read:

> Prayer group members helped SJ cover two months of rent when things got really bad for her, she acknowledged. The San Leandro mom thinks she might be one of the last people who invested in LeFever Mattson. Ken Mattson convinced her to get involved as late as March 2024, as Tim LeFever began to warn investors of irregularities in his business partner's books.

Phil Barber, *How a Group of Wronged Ken Mattson Investors Became 'God's Answer to Our Own Prayers,'* THE PRESS DEMOCRAT, *available at* https://www.pressdemocrat.com/2025/12/25/how-a-group-of-wronged-ken-mattson-investors-became-gods-answer-to-our-own-prayers (last updated Jan. 6, 2026).  The article now also bears an editor's note that reads: "This story was edited after initial online publication to amend the timeline of one person's investments in LeFever Mattson."

In light of the foregoing, the United States respectfully withdraws the sentence at lines 5:16–5:18 of its response filed on December 26, 2025 and disclaims any reliance on that assertion.

DATED: January 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nikhil Bhagat*

NIKHIL BHAGAT
Assistant United States Attorney