UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 15 minutes |
| Date: | January 9, 2026 | | |
| Case No.: | **4:25-cr-00126-JST-1** | | |

**United States of America**　　v.　　**Kenneth W. Mattson**

　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　☒ Present
　　　　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　　　　☐ In Custody

Nikhil Bhagat　　　　　　　　　　　Randy Sue Pollack
U.S. Attorney　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo　　　　Court Reporter: Marla Knox via zoom

### PROCEEDINGS

Motion Hearing – Held.

### RESULT OF HEARING

1. Defendant requests an updated report and recommendation from the Pretrial Office – granted by the Court.
2. Victim Sabina James read a statement to the Court.
3. Matter is continued for a Further Motion Hearing set for 01/16/2026 at 09:30AM in Courtroom 6, 2nd floor, in Oakland.