# Randy Sue Pollock
Attorney at Law

286 Santa Clara Avenue
Oakland, California 94610
*Sent via email*

Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com
www.rspollocklaw.com

Hon. Alex Tse                                          January 9, 2026

United States Magistrate Judge

450 Golden Gate Avenue, 15th Fl.

San Francisco, CA 94102

  Re:  United States vs. Kenneth Mattson

   CR. 25-126-JST-AT


Dear Judge Tse:

As you know pursuant to your Order, the home at 210 La Salle in Piedmont was recorded for the bond on December 11, 2025.  Because of the ongoing bankruptcy proceedings against me, I am going to record a deed of trust in favor of me for $200,000.00.  I spoke to the government about this, and they had no objection since the house has been posted. I thought you should know about this since it concerns the home.

     Very truly yours,

     Randy Sue Pollock

     Randy Sue Pollock