CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-00126 JST |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 23, 2026 THROUGH AND INCLUDING MARCH 20, 2026 |
| v. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

For the reasons stated on the record during the status conferences of November 21, 2025 and January 16, 2026, including that defense counsel needs additional time to review the government's discovery productions thus far and to consult with her client, and because additional discovery is pending, and without objection from the parties, the Court determines that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing discovery. An exclusion of time will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

For these reasons and those stated on the record, the Court FINDS that the ends of justice served by excluding the time from January 23, 2026 through and including March 20, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST

1  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2      The Court further FINDS that failing to exclude the time from January 23, 2026 through and
3  including March 20, 2026 would unreasonably deny defense counsel and the defendant the reasonable
4  time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5  3161(h)(7)(B)(iv).

6      For the foregoing reasons, and with the consent of the parties, IT IS HEREBY ORDERED that
7  the time from January 23, 2026 through and including March 20, 2026 shall be excluded from
8  computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

9      IT IS SO ORDERED.

11  DATED: _____                              _____
                                                                HON. JON S. TIGAR
12                                                              United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST