UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 30 minutes |
| Date: | January 16, 2026 | | |
| Case No.: | **4:25-cr-00126-JST-1** | | |

**United States of America**     v.     **Kenneth W. Mattson**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nikhil Bhagat
U.S. Attorney

Randy Sue Pollock
Defense Counsel

Amaryllis Austin
Pretrial Services

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Stephen Franklin
via zoom

## PROCEEDINGS

Motion Hearing – Held.

## RESULT OF HEARING

1. Arguments heard from the parties. The parties requesting the court's ruling can order a transcript of today's proceeding.
2. Defendant's motion re bail is DENIED by the Court.
3. Time is excluded from 01/16/2026 to 3/20/2026 for effective preparation of counsel. The Government is to prepare a proposed order.
4. Matter is continued for a Status Conference set for 03/20/2026 at 09:30 AM in Courtroom 6, 2nd floor, in Oakland. Previously set Status Conference for 01/23/2026 at 09:30 AM is VACATED.