CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 25-00126-JST |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Noah Stern appears in this matter in addition to AUSA Nikhil Bhagat. Future ECF notices should be sent to Assistant United States Attorney Noah Stern with

///

the following contact information: Noah Stern, 450 Golden Gate, P.O. Box 36055, San Francisco, CA 94102, noah.stern@usdoj.gov.  AUSA Nikhil Bhagat remains as counsel for the government in this case.

DATED: January 20, 2026                               Respectfully submitted,

                                                     CRAIG H. MISSAKIAN
United States Attorney

                                                     /s/
NOAH STERN
Assistant United States Attorney