1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       FAX: (415) 436-7234
7
8  Attorneys for United States of America

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,            )   NO. CR25-00126 JST
13                                      )
         Plaintiff,                     )   [PROPOSED] ORDER EXCLUDING TIME FROM
14                                      )   JANUARY 23, 2026 THROUGH AND
      v.                                )   INCLUDING MARCH 20, 2026
15                                      )
   KENNETH W. MATTSON,                  )
16                                      )
         Defendant.                     )
17                                      )

18
         For the reasons stated on the record during the status conferences of November 21, 2025 and
19
   January 16, 2026, including that defense counsel needs additional time to review the government's
20
   discovery productions thus far and to consult with her client, and because additional discovery is
21
   pending, and without objection from the parties, the Court determines that time should be excluded
22
   under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing
23
   discovery. An exclusion of time will allow for the effective preparation of counsel. *See* 18 U.S.C.
24
   § 3161(h)(7)(B)(iv).
25
         For these reasons and those stated on the record, the Court FINDS that the ends of justice served
26
   by excluding the time from January 23, 2026 through and including March 20, 2026 from computation
27
   under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
28

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST

18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further FINDS that failing to exclude the time from January 23, 2026 through and including March 20, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

For the foregoing reasons, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 23, 2026 through and including March 20, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 21, 2026

HON. JON S. TIGAR
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST