UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JAN 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-7667 |
| Plaintiff - Appellee, | D.C. No. 4:25-cr-00126-JST-1 Northern District of California, Oakland |
| v. | |
| KENNETH W. MATTSON, | ORDER |
| Defendant - Appellant. | |

Appellant's 9(a) memorandum was due on December 22, 2025. The memorandum has not yet been filed. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT