RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENNETH MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH MATTSON,

Defendant.

Case No. CR. 25-126-JST

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

_____

Defendant KENNETH MATTSON, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorneys Nikhil Bhagat and Noah Stern, request that the status conference presently set for Friday, March 20, 2026, be continued to April 10, 2026. The parties stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The parties further stipulate that the time from March 20, 2026. through April 10, 2026. be excluded under the Speedy Trial Act. The discovery in this matter is voluminous, and counsel for the defendant continues to review it with her client, and so failing to exclude

_Stipulation To Continue Status Conference_
_United States v. Mattson, CR. 25-126-JST_

time under the Speedy Trial Act would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
.

Date:  March 18, 2026                          /s/_____
                                               RANDY SUE POLLOCK
                                               Counsel for Kenneth Mattson


Date: March 17, 2026                           _____/s/_____
                                               NIKHIL BHAGAT
                                               NOAH STERN
                                               Assistant United States Attorneys

**[PROPOSED] ORDER**

The status conference in this matter is continued to April 10, 2026, at 9:30 a.m.

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court in the stipulation and for good cause shown, the Court finds that failing to exclude the time from March 20, 2026, through April 10, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 20, 2026, to April 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 20, 2026, through April 10, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Date:                                              _____
                                                   HONORABLE JON S. TIGAR
                                                   United States District Judge

*Stipulation To Continue Status Conference*
*United States v. Mattson, CR. 25-126-JST*