RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Counsel for Defendant
KENNETH MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH MATTSON,

Defendant.

**Case No. CR. 25-126-JST**

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

Defendant KENNETH MATTSON, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorneys Nikhil Bhagat and Noah Stern, request that the status conference presently set for Friday, March 20, 2026, be continued to April 10, 2026. The parties stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The parties further stipulate that the time from March 20, 2026. through April 10, 2026. be excluded under the Speedy Trial Act. The discovery in this matter is voluminous, and counsel for the defendant continues to review it with her client, and so failing to exclude

*Stipulation To Continue Status Conference*
*United States v. Mattson, CR. 25-126-JST*

time under the Speedy Trial Act would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

.

Date: March 18, 2026                                              /s/_____
                                                                 RANDY SUE POLLOCK
                                                                 Counsel for Kenneth Mattson


Date: March 17, 2026                                        _____/s/_____
                                                                 NIKHIL BHAGAT
                                                                 NOAH STERN
                                                                 Assistant United States Attorneys

*Stipulation To Continue Status Conference*
*United States v. Mattson, CR. 25-126-JST*

**[~~PROPOSED~~] ORDER**

The status conference in this matter is continued to April 10, 2026, at 9:30 a.m.

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court in the stipulation and for good cause shown, the Court finds that failing to exclude the time from March 20, 2026, through April 10, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)B)(iv). The Court further finds that the ends of justice served by excluding the time from March 20, 2026, to April 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties,

IT IS HEREBY ORDERED that the time from March 20, 2026, through April 10, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Date: March 19, 2026

_____
HONORABLE JON S. TIGAR
United States District Judge