UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: 8 minutes |
| Date: | April 10, 2026 | |
| Case No.: | **4:25-cr-00126-JST-1** | |

**United States of America**    v.    **Kenneth W. Mattson**

☑ Defendant Present
☐ Not Present
☐ In Custody

Nikhil Bhagat/Noah Stern
U.S. Attorney

Randy Sue Pollock
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Kendra Steppler
via zoom

*PROCEEDINGS*

Status Conference – Held.

*RESULT OF HEARING*

1. The parties are discussing a preliminary plea offer.
2. Plea Agreement due to the court by 05/08/2026.
3. Time is excluded from 04/10/2026 to 05/11/2026 for effective preparation of counsel. The Government is to prepare a proposed order.
4. Change of Plea Hearing specially set for 05/11/2026 at 09:30 AM in Courtroom 6, 2nd floor, in Oakland.