CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR25-00126 JST |
|     Plaintiff, | ) |
| | ) [PROPOSED] ORDER EXLCUDING TIME FROM |
| v. | ) APRIL 10, 2026 THROUGH AND INCLUDING |
| | ) MAY 11, 2026 |
| KENNETH W. MATTSON, | ) |
|     Defendant. | ) |

For the reasons stated on the record during the status conference on April 10, 2026, including that defense counsel needs additional time to counsel the defendant as to the proposed plea agreement, and with the agreement of the parties, the Court determines that time should be excluded under the Speedy Trial Act. An exclusion of time will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the defendant has notified the Court that he intends to change his plea pursuant to a plea agreement and the Court has set a date for change of plea, so time is additionally excludable because the time between April 10, 2026 and May 11, 2026 is a delay resulting from the Court's consideration of a proposed plea agreement and because for these purposes, the Court treats the defendant's advisement that he wishes to change his plea as a pretrial motion. *See United States v. Alvarez-Perez*, 629 F.3d 1053, 1058 (9th Cir. 2010); 18 U.S.C. §§ 3161(h)(1)(D),

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST

3161(h)(1)(G).

For these reasons and those stated on the record, the Court FINDS that the ends of justice served by excluding the time from April 10, 2026 through and including May 11, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further FINDS that failing to exclude the time from April 10, 2026 through and including May 11, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

For the foregoing reasons, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 10, 2026 through and including May 11, 2026 is excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. JON S. TIGAR
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST