CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-00126 JST |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA HEARING AND EXLCUDING TIME |
| v. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

On April 10, 2026, the defendant advised the Court of his intent to change his plea, and the Court set a change of plea hearing for May 11, 2026.  Since that time, the parties have engaged in extensive negotiations about the terms of a contemplated plea agreement.  Additionally, counsel for the defendant has consulted with Mr. Mattson's bankruptcy counsel, and counsel for the government have consulted with victims of the offense as required by law.  Despite best efforts, the parties do not believe they will reach final agreement as to the terms of a plea agreement by the date currently set for change of plea.  Additionally, counsel for the defendant requires additional time to review discovery with the defendant and consult with him regarding the terms of any plea agreement.

For these reasons, the parties stipulate to continue the change of plea hearing from May 11, 2026 at 9:30 a.m. to June 15, 2026 at 9:30 a.m. or as soon thereafter as is convenient for the Court.  The

STIPULATION AND [PROPOSED] ORDER CON'T PLEA HEARING AND EXCLUDING TIME
Case No. CR25-00126 JST

parties further stipulate that the time between May 11, 2026 and the change of plea hearing should be excluded under the Speedy Trial Act for the effective preparation of counsel.

IT IS SO STIPULATED this 8th day of May, 2026.

CRAIG H. MISSAKIAN
United States Attorney

_/s/_                                                        _/s/_
NIKHIL BHAGAT                                   RANDY SUE POLLOCK
NOAH STERN
Assistant United States Attorneys          Attorney for Defendant KENNETH W. MATTSON

## [~~PROPOSED~~] ORDER

For the reasons described in the parties' stipulation, and for good cause shown, including that defense counsel needs additional time to counsel the defendant as to the proposed plea agreement,

The Court FINDS that the ends of justice served by excluding the time from May 11, 2026 through and including June 15, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The Court further FINDS that failing to exclude the time from May 11, 2026 through and including June 15, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

An exclusion of time will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  Additionally, the defendant has notified the Court that he intends to change his plea pursuant to a plea agreement and the Court has set a date for change of plea, so time is additionally excludable because the time between May 11, 2026 and June 15, 2026 is a delay resulting from the Court's consideration of a proposed plea agreement and because for these purposes, the Court treats the defendant's advisement that he wishes to change his plea as a pretrial motion.  *See United States v. Alvarez-Perez*, 629 F.3d 1053, 1058 (9th Cir. 2010); 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(G).

For the foregoing reasons, and with the consent of the parties,

IT IS HEREBY ORDERED that the change of plea hearing is continued to June 15, 2026 at 9:30

STIPULATION AND [PROPOSED] ORDER CON'T PLEA HEARING AND EXCLUDING TIME
Case No. CR25-00126 JST

a.m. and that that the time from May 11, 2026 through and including June 15, 2026 is excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 8, 2026_

HON. JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER CON'T PLEA HEARING AND EXCLUDING TIME
Case No. CR25-00126 JST