CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-0126 CRB |
| Plaintiff, | RECORDED NOTICE OF RELEASE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 62 FARRAGUT AVENUE, #B PIEDMONT, CALIFORNIA 94610 (**APN: 051-4786-008**) |
| v. | |
| KENNETH MATTSON, | |
| Defendant. | |

The United States hereby submits the attached Recorded Notice of Release of Lis Pendens as to Real Property and Improvements located at 62 Farragut Avenue, #B, Piedmont, California 94610 (APN: 051-4786-008), further described as Parcel B of Parcel Map 7471, filed July 30, 1999, Map Book 246, Page 16, Alameda County Records.

                        Respectfully submitted,

                        CRAIG H. MISSAKIAN
                        United States Attorney

Dated: May 8, 2026

                        _____/S/_____
                        DAVID B. COUNTRYMAN
                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Release of Lis Pendens as to Real Property and Improvements located at 62 Farragut Avenue, #B, Piedmont, California 94610

to be served this date via United States certified mail and first-class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Erin N. Brady<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of May, 2026 at San Francisco, California

_____/S/_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

RECORDED NOTICE OF RELEASE OF LIS PENDENS 62 FARRAGUT #B
CR 25-0126 CRB

**RECORDING REQUESTED BY:**

UNITED STATES ATTORNEY'S OFFICE

**WHEN RECORDED PLEASE MAIL TO:**
AUSA DAVID B. COUNTRYMAN
UNITED STATES ATTORNEY'S OFFICE
450 GOLDEN GATE AVENUE, BOX 36055
SAN FRANCISCO, CA 94102
ATTN: ASSET FORFEITURE UNIT

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE)

2026057012          05/01/2026 09:53 AM          3 PGS
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $12.00

**ELECTRONICALLY RECORDED**

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF RELEASE OF LIS PENDENS AS TO
REAL PROPERTY AND IMPROVEMENTS LOCATED
AT 62 FARRAGUT AVENUE, B#, PIEDMONT, CALIFORNIA 94610
APN 051-4786-008

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH MATTSON,<br><br>    Defendant. | CASE NO. CR 25-0126 CRB<br><br>NOTICE OF RELEASE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 62 FARRAGUT AVENUE, #B, PIEDMONT, CA 94610 **(APN 051-4786-008)** |

//

//

//

//

//

//

//

//

NOTICE OF RELEASE OF LIS PENDENS 62 FARRAGUT #B, PIEDMOND, CA APN 051-4786-008
CR 25-0126 CRB

NOTICE IS HEREBY GIVEN that the United States of America releases its Notice of Lis Pendens previously recorded on May 23, 2025, Document Number 2025067539 of the official records of Alameda County Recorder's Office with respect to the Real Property and Improvements located at 62 Farragut Avenue, #B, Piedmont California 94610 **(APN 051-4786-008)**, further described as Parcel B of Parcel Map 7471, filed July 30, 1999, Map Book 246, Page 16, Alameda County Records.

The owner of record to the said real property is K.S. Mattson Partners, LP.

DATED:  4/15/26

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco ]ss.

On April 15, 2026 before me Alan Leong, Notary Public, personally appeared David B Countryman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

ALAN LEONG
Notary Public - California
San Francisco County
Commission # 2404244
My Comm. Expires May 19, 2026

NOTICE OF RELEASE OF LIS PENDENS 62 FARRAGUT #B, PIEDMOND, CA APN 051-4786-008
CR 25-0126 CRB