CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 25-CR-0126 CRB |
|     Plaintiff, | ) RECORDED NOTICE OF WITHDRAWAL OF LIS |
| | ) PENDENS AS TO REAL PROPERTY AND |
|   v. | ) IMPROVEMENTS LOCATED AT 1834-1836 |
| | ) OCEAN FRONT, DEL MAR, CALIFORNIA 92014 |
| KENNETH MATTSON, | ) (APN: 299-147-05-00) |
| | ) |
|     Defendant. | ) |
| | ) |

The United States hereby submits the attached Recorded Notice of Withdrawal of Pendency of

Action (Lis Pendens) as to Real Property and Improvements located at 1834-1836 Ocean Front, Del

Mar, California 92014 (APN: 299-147-05-00).

                         Respectfully submitted,

                         CRAIG H, MISSAKIAN
                         United States Attorney

Dated: May 8, 2026

                    _____/S/_____
                         DAVID B. COUNTRYMAN
                         Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Withdrawal of Lis Pendens as to Real Property and Improvements located at 1834-1836 Ocean Front, Del Mar, California 92014

to be served this date via United States certified mail and first-class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Equitable Ocean Front LLC<br>1819 Coast Boulevard<br>Del Mar, CA 92014 | Kevin C. Young<br>3131 Fourth Avenue<br>San Diego, CA 92103 |
| Erin N. Brady<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of May, 2026 at San Francisco, California

_____/S/_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

RECORDED NOTICE OF WITHDRAWAL OF LIS PENDENS 1834-1836 OCEAN FRONT
CR 25-0126 CRB

**RECORDING REQUESTED BY:**

UNITED STATES ATTORNEY'S OFFICE


**WHEN RECORDED PLEASE MAIL TO:**
AUSA DAVID B. COUNTRYMAN
UNITED STATES ATTORNEY'S OFFICE
450 GOLDEN GATE AVENUE, BOX 36055
SAN FRANCISCO, CA 94102
ATTN: ASSET FORFEITURE UNIT

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE)

DOC# 2026-0127421

May 05, 2026  09:52 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $95.00  (SB2 Atkins: $75.00)

PAGES: 3

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF WITHDRAWAL OF LIS PENDENS AS TO
REAL PROPERTY AND IMPROVEMENTS LOCATED
AT 1834-1836 OCEAN FRONT, DEL MAR, CALIFORNIA 92014

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7303
      FAX: (415) 436-7234
      Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-0126 CRB |
| Plaintiff, | NOTICE OF WITHDRAWAL OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1834-1836 OCEAN FRONT, DEL MAR, CALIFORNIA 92014 (APN: 299-147-05-00) |
| v. | |
| KENNETH MATTSON, | |
| Defendant. | |

//

//

//

//

//

//

//

//

NOTICE OF WITHDRAWAL OF LIS PENDENS 1834-1836 OCEAN FRONT
CR 25-0126 CRB

NOTICE IS HEREBY GIVEN that the United States of America withdraws its Notice of Lis Pendens previously recorded on May 23, 2025, Document Number 2025-0136795 of the official records of San Diego County Recorder's Office with respect to the Real Property and Improvements located at 1834-1836 Ocean Front, Del Mar, CA 92014 (APN: 299-147-05-00).

The owner of record to the said real property is Equitable Ocean Front, LLC, a California Limited Liability Company.

DATED: 05/04/2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney



> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.
>
> State of California, County of San Francisco )ss.
>
> On May 4, 2026 before me Alan Leong,
>
> Notary Public, personally appeared David B. Countryman who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

ALAN LEONG
Notary Public - California
San Francisco County
Commission # 2404244
My Comm. Expires May 19, 2026