CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH W. MATTSON,<br><br>    Defendant. | NO. 4:25-CR-00126 JST<br><br>STIPULATION TO EXCLUDE TIME FROM JUNE 15, 2026 TO JULY 1, 2026 AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kenneth W. Mattson in the above matter that time be excluded under the Speedy Trial Act from June 15, 2026 through July 1, 2026.

For the reasons stated on the record during the hearing on June 15, 2026, which include defense counsel's representations that she needs additional time to review discovery and prepare for any trial, counsel for the government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery, and thus the exclusion of time will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR25-00126 JST

the time from June 15, 2026 through July 1, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

DATED:  June 15, 2026                              /s/
                                              NIKHIL BHAGAT
                                              NOAH STERN
                                              Assistant United States Attorneys

DATED: June 15, 2026                              /s/
                                              RANDY SUE POLLOCK
                                              Counsel for Defendant
                                              Kenneth W. Mattson

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from June 15, 2026 through July 1, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 15, 2026 through July 1, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 15, 2026 through July 1, 2026 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED: _____                          _____
                                              HON. JON S. TIGAR
                                              United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR25-00126 JST