UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 10 minutes |
| Date: | June 15, 2026 | | |
| Case No.: | **4:25-cr-00126-JST-1** | | |

**United States of America**              v.       **Kenneth W. Mattson**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nikhil Bhagat;                                   Randy Sue Pollock
Noah Stern                                       Defense Counsel
U.S. Attorney

Courtroom Deputy Clerk: Dianna Shoblo      Court Reporter: Marla Knox
                                           via zoom

*PROCEEDINGS*

Change of Plea Hearing – Not Held
Status Conference – Held

*RESULT OF HEARING*

1. The parties are ordered to meet and confer, and file a joint proposal regarding trial deadlines and hearings. If the parties are unable to agree, file competing proposals and the Court will choose the single proposal it concludes is the most reasonable. Parties estimate 4-6 weeks for the trial. Proposals are due by 06/25/2026.
2. Further Status Conference re: Trial Setting specially set for 07/01/2026 at 09:30 AM in Courtroom 5, 2nd floor, in Oakland.