UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: 7 minutes |
| Date: | July 1, 2026 | |
| Case No.: | **4:25-cr-00126-JST-1** | |

**United States of America**                    v.        **Kenneth W. Mattson**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Nikhil Bhagat;                                        Randy Sue Pollock
Noah Stern                                            Defense Counsel
U.S. Attorney

Court Reporter: Marla Knox
Courtroom Deputy Clerk: Dianna Shoblo        via zoom

*PROCEEDINGS*

Status Conference re: Trial Setting Hearing – Held

*RESULT OF HEARING*

1. The parties are ordered to meet and confer regarding the setting of pretrial motions, briefing schedules, and deadlines/hearings.
2. Further Status Conference / Case Management Conference set for 09/11/2026 at 09:30 AM in Courtroom 6, 2nd floor, in Oakland.
3. Pretrial Conference set for 03/26/2027 at 2:00 PM in Courtroom 6, 2nd floor, in Oakland.
4. Jury Selection and Jury Trial set for 04/12/2027 at 8:00 AM in Courtroom 6, 2nd floor, in Oakland.
5. Time is excluded from 07/01/2026 to 04/12/2027 for effective preparation of counsel. The Government is to prepare a proposed order.