CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-00126 JST |
| Plaintiff, | [PROPOSED] ORDER EXLCUDING TIME FROM JULY 1, 2026 THROUGH AND INCLUDING APRIL 12, 2027 |
| v. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

For (1) the reasons stated on the record during the status conference on July 1. 2026, including that defense counsel needs additional time to prepare for trial and (2) in light of the parties' written representations regarding the need to prepare for trial, *see* ECF Nos. 187, 188, and (3) with the agreement of the parties, the Court determines that time should be excluded under the Speedy Trial Act. An exclusion of time will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

For these reasons, the Court FINDS that the ends of justice served by excluding the time from July 1, 2026 through and including April 12, 2027 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST

The Court further FINDS that failing to exclude the time from July 1, 2026 through and including April 12, 2027 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

For the foregoing reasons, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 1, 2026 through and including April 12, 2027 is excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. JON S. TIGAR
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR25-00126 JST