RANDY SUE POLLOCK (CA SBN 64493)
LAW OFFICES OF RANDY SUE POLLOCK
286 Santa Clara Avenue,
Oakland, CA 94610-2624
Telephone: 510.763.9967
Facsimile: 510.380.6551
rsp@rspollocklaw.com

Attorney for Defendant
KENNETH W. MATTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH W. MATTSON,<br>Defendant. | **Case No. 4:25-cr-00126-JST**<br><br>**NOTICE OF MOTION AND MOTION TO CONTINUE TRIAL; DECLARATION OF COUNSEL**<br><br>**Date: September 11, 2026**<br>**Time: 9:30 a.m.**<br>**Judge: Hon. Jon S. Tigar**<br>**Ctrm: 6 – 2nd Floor** |

NOTICE IS HEREBY GIVEN that on September 11, 2026, at 9:30 am. or as soon thereafter as the matter can be heard, along with the status conference presently scheduled, defendant Kenneth Mattson will move to continue the trial from the presently set date of April 12, 2027, until May 3, 2027.

On July 1, 2026, counsel appeared before this Court for trial setting. The government requested a trial date in January 2027, and the defense requested May 2027. A date of April 12, 2027, was set.

Prior to, and after the trial setting hearing, defense counsel attempted to locate an attorney to be co-counsel in the trial. After many inquiries to members of the CJA panel, Michael Shephard agreed to participate as co-counsel. Since July 23, 2026, Mr. Shephard has been reviewing discovery and has had two meetings, one with counsel and one with Mr. Mattson.

The only caveat to Mr. Shephard entering his appearance in this case is that his daughter is getting married on April 24, 2027, and he will be occupied with family events for at a minimum the week before the wedding as well as the week of April 19th. Counsel alerted the government to this situation on July 27th. Yesterday, they responded that they are opposed to a continuance and suggested that the trial be held earlier.

Both Mr. Shephard and undersigned counsel are diligently working to prepare what is a highly complex fraud case.[1] However, given Mr. Shephard's family commitments we respectfully request that the trial commence on May 3rd instead of April 12th.

Date: August 27, 2026

Respectfully submitted,

LAW OFFICES OF RANDY SUE POLLOCK

By: */s/ RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Attorney for Defendant
KENNETH W. MATTSON

[1] To date there have been 17 discovery productions.